UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **ERIC RAY JONES,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of Ammunition by a |
| | : | Person Convicted of a Crime Punishable by |
| | : | Imprisonment for a Term Exceeding One Year); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 22 D.C.C. §407 |
| | : | (Threatening to Injure or Physically Damage) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about May 13, 2005, within the District of Columbia, **ERIC RAY JONES**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F6538-95, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger 9mm semi-automatic pistol and a Bryco Arms 9mm semi-automatic pistol,

and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 13, 2005, within the District of Columbia, **ERIC RAY JONES**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F6538-95, did unlawfully and knowingly receive and possess ammunition, that is, assorted ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>(**Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about May 13, 2005, within the District of Columbia, **ERIC RAY JONES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

>(**Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FOUR

On or about May 13, 2005, within the District of Columbia, **ERIC RAY JONES**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Three of this Indictment which is incorporated herein, a firearm, that is, a Ruger 9mm semi-automatic pistol and a Bryco Arms 9mm semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FIVE

On or about May 17, 2005, within the District of Columbia, **ERIC RAY JONES**, threatened to injure or physically damage the person of officer Jose Branson.

(**Threatening to Injure, or Physically Damage**, in violation of Title 22, District of Columbia Code, Section 407)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia