UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-373 (PLF)** |
| | : | |
| **ERIC RAY JONES,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lionel Andre at telephone number (202) 353-2481 and/or email address Lionel.Andre@USDOJ.gov . Mr. Andre will substitute as counsel for AUSA D. Ames Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____

Lionel Andre
Assistant United States Attorney
Federal Major Crimes Section, Bar No. 422534
555 4th Street, N.W. Room 4846
Washington, DC 20530
(202) 353-2481