UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-373 (PLF)** |
| | : | |
| v | : | |
| | : | |
| **ERIC RAY JONES** | : | |

### ORDER

WHEREUPON, having considered Goverment's Motion in Limine Seeking Admission of Evidence Pursuant to Federal Rule of Evidence 404(b), the Defendant's Opposition thereto, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Government's Motion is hereby GRANTED

Date:_____

_____
Paul L. Friedman
United States District Judge

cc:

Denise M. Clark
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Tony Axam
Federal Public Defender's Office
625 Indiana Avenue, NW
Washington, D.C. 20004