UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. No. 05-373 (PLF) |
| ERIC RAY JONES, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant Eric Jones' Motion to Suppress Evidence Seized and Statements, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that all evidence seized from Mr. Jones and his vehicle on May 13, 2005, is suppressed; and it is

**FURTHER ORDERED** that all statements made by Mr. Jones to law enforcement officers on May 13, 2005, are suppressed.

**SO ORDERED** this _____ day of _____, 2005.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

CC:
Tony Axam, Jr.
Assistant Federal Public Defender

Denise Clark
Assistant United States Attorney