# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-373 (PLF) |
| v. | |
| ERIC RAY JONES,<br>                Defendant. | |

## ORDER

Having reviewed Defendant Eric Ray Jones's Motion to Suppress Tangible Evidence and Statements, the Government's Opposition thereto, any reply by Defendant, and such evidence as has been presented at a hearing on the motion, the Court hereby rules as follows:

Defendant's Motion to Suppress Tangible Evidence and Statements is DENIED.

IT IS SO ORDERED.

Date: _____                    _____
                                          PAUL L. FRIEDMAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:

Denise M. Clark
Assistant United States Attorney
555 Fourth Street, NW
Room 4840
Washington, D.C. 20530

Tony Axam
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, D.C. 20004