IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Criminal No. 05-373(PLF) |
| v. ) | |
| ) | |
| **ERIC JONES,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

Upon consideration of defendant's opposition to the government's motion to introduce Rule 404(b) evidence, it is hereby

**ORDERED** that Government's Motion is DENIED; and it is further

**ORDERED** that the government is prohibited from introducing any of evidence of other acts and crimes under Rule 404(b);

SO ORDERED this _____ day of _____, 2005.


_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies to:
AFPD Tony Axam, Jr.
AUSA Denise Clark, Esq.