UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Crim. No. 05-373 (PLF) |
| ERIC RAY JONES, | ) ) | |
| Defendant. | ) ) ) | |

## MOTION TO CONTINUE MOTIONS HEARING

Defendant, Eric Jones, through undersigned counsel, respectfully requests that the Court reschedule the sentencing currently scheduled for November 12, 2003 at 9:30 a.m. to the morning of November 14, 2005 or at any time on November 16, 2005. The Court originally set the motions hearing for November 5, 2005 and recently rescheduled it for November 12, 2005. The defense has an unavoidable conflict on November 12, 2005. Counsel for the government does not oppose this request and is available on both dates.

Wherefore, Mr. Jones, respectfully requests that reschedule the motions hearing..

                                      Respectfully submitted,
                                      A.J. KRAMER
                                      FEDERAL PUBLIC DEFENDER

                                      _____/S/_____
                                      Tony Axam, Jr.
                                      Assistant Federal Public Defender
                                      625 Indiana Avenue, N.W., Ste 550
                                      Washington, D.C.  20004
                                      (202)  208-7500