UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                           )<br>       Plaintiff,      )<br>                                           )<br>       v.            )<br>                                         )<br>ERIC RAY JONES,      )<br>                                         )<br>       Defendant.      )<br>                                         ) | Crim. No. 05-373 (PLF) |

### CORRECTED MOTION TO CONTINUE MOTIONS HEARING

Defendant, Eric Jones, through undersigned counsel, respectfully requests that the Court reschedule the motions hearing currently scheduled for December 12, 2005 at 9:30 a.m. to the morning of December 14, 2005 or at any time on December 16, 2005. The Court originally set the motions hearing for December 5, 2005 and recently rescheduled it for December 12, 2005. The defense has an unavoidable conflict on December 12, 2005. Counsel for the government does not oppose this request and is available on both proposed dates.

Wherefore, Mr. Jones, respectfully requests that the Court reschedule the motions hearing.

                                      Respectfully submitted,
                                      A.J. KRAMER
                                      FEDERAL PUBLIC DEFENDER

                                      /s/
                                    _____
                                    Tony Axam, Jr.
                                    Assistant Federal Public Defender
                                    625 Indiana Avenue, N.W., Ste 550
                                    Washington, D.C.  20004
                                    (202)  208-7500