UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Crim. No. 05-373 (PLF) |
| **ERIC RAY JONES,** | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of defendant Eric Ray Jones motion to continue the motions hearing, it is hereby

ORDERED that defendant Jones' motion is granted; and it is further

ORDERED that the motions hearing currently scheduled for December 12, 2005 at 9:30 a.m. is rescheduled for _____ 2005, at _____.

SO ORDERED this _____ day of _____, 2005.


_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies to:  Tony Axam, AFPD
            Denise Clark, AUSA

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon Assistant United States Attorney Denise Clark by electronic means on this 2nd day of December, 2005.

                                                                             /S/
                                        Tony Axam, Jr.
                                        Assistant Federal Public Defender