UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. No. 05-373 (PLF) |
| ERIC RAY JONES, | ) | |
| Defendant. | ) | |

## NOTICE OF EXPERT TESTIMONY

Defendant Eric Jones, through counsel, provides notice of his intention to present expert testimony at the motions hearing scheduled for December 14, 2005.

Depending upon the testimony presented by government witness, Mr. Jones may call Professor Richard Doty, Ph.D. whose qualifications are attached as exhibit B. Dr. Doty will provide an opinion regarding the likelihood of smelling 300 grams of unburned marijuana inside of two ziplock bags found inside of a plastic bag found inside of a backpack. Dr. Doty will base his opinion upon scientific research and empirical tests he conducted to determine the ability of the human nose to accurately detect the smell of marijuana inside containers and outside containers.

Attached as exhibit A is an experiment Dr. Doty conducted and upon which he will rely in rendering his opinion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


                /S/

_____

Tony Axam
Counsel for Eric Jones
Assistant Federal Public Defender
District of Columbia
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C.  20004
(202) 208-7500