# *EXHIBIT B*

**Curriculum Vitae**

## RICHARD L. DOTY

UNIVERSITY OF PENNSYLVANIA -- SCHOOL OF MEDICINE

**Home Address:** 125 White Horse Pike, Haddon Heights, N.J. 08035

**Office Address:** Smell & Taste Center
5 Ravdin Pavilion
University of Pennsylvania Medical Center
Philadelphia, Pennsylvania 19104
www.med.upenn.edu/stc

**Place of Birth:** Boulder, Colorado USA

**Education:**

| | |
|---|---|
| 1962-1963 | Whitworth College, Spokane, Washington |
| 1963-1964 | University of Denver, Denver, Colorado |
| 1964-1966 | B.S., Colorado State University (Psychology/Biology) |
| 1966-1968 | M.A., California State University, San Jose, California, and National Aeronautics and Space Administration (NASA), Moffett Field, California, (Experimental Psychology: Psychophysics) |
| 1968-1971 | Ph.D., Michigan State University, East Lansing, Michigan (Comparative & Physiological Psychology/Zoology) |

**Honorary Degrees:**

| | |
|---|---|
| 1991 | Master's Degree, University of Pennsylvania, Philadelphia, PA |

**Postgraduate Training and Fellowship Appointments:**

| | |
|---|---|
| 1971-1973 | Postdoctoral Fellow, Behavioral Endocrinology, University of California, Berkeley, California (Advisor: Dr. Frank Beach) |
| 1973-1974 | Postdoctoral Fellow, Monell Chemical Senses Center, Philadelphia, Pennsylvania |

**Faculty Appointments:**

| | |
|---|---|
| 1971-1972 | Instructor, Department of Psychology, California State University, San Francisco, California; Instructor, Department of Psychology, University of San Francisco, San     Francisco, California |
| 1974-1976 | Assistant Member, Monell Chemical Senses Center, Philadelphia, Pennsylvania |

1976-1978   Associate Member and Head, Human Olfaction Section, Monell Chemical Senses Center, Philadelphia, Pennsylvania

1980-1989   Assistant Professor, Department of Otorhinolaryngology and Human Communication, School of Medicine, University of Pennsylvania

1989-1994   Associate Professor, Department of Otorhinolaryngology: Head and Neck Surgery, School of Medicine, University of Pennsylvania (Conversion to Tenure, 1991)

1994-       Professor, Department of Otorhinolaryngology: Head and Neck Surgery, School of Medicine, University of Pennsylvania

**Hospital and Administrative Appointments:**

1980-       Director, Smell and Taste Center, University of Pennsylvania Medical
Center

**Awards, Honors, and Membership in Honorary Societies:**

Psi Chi (Psychology Honorary Society); National Aeronautics and Space Administration Pre- doctoral Trainee (1967-1968); NIH Predoctoral Trainee in Experimental Psychology (1969-1970); NIMH Predoctoral Research Fellowship (1970-1971); NIH Postdoctoral Research Fellowship (1973-1975); First Annual Psi Chi Faculty Award, University of Colorado (1979); Fellow, Philadelpia College of Physicians (1979); Who's Who in Technology Today (1986); Who's Who in the East (1990); Who's Who among Human Services Professionals (1990); Who's Who in America (1991); Who's Who in the World (1994); Lambda Chi Alpha's Hall of Fame (1996); James A. Shannon Award, National Institutes of Health (1996); International Biographical Centre, Cambridge, England, "2000 Outstanding Scientists of the 20th Century" (1999); Olfactory Research Fund: Scientific Sense of Smell Award (2000); University of Pennsylvania: William Osler Patient- Oriented Research Award (2003).

**Memberships in Professional and Scientific Societies:**

Alzheimer's Foundation
American Academy of Otolaryngology -- Head and Neck Surgery
American Association for the Advancement of Science
American Neurological Association
American Psychological Association
American Psychological Society
Association for Chemoreception Sciences
European Chemoreception Research Organization
Institute of Neurological Sciences, University of Pennsylvania
International Society for Chemical Ecology
The John Morgan Society
New York Academy of Sciences

Society for Neuroscience
**Committees, Review Boards, and Organizational Offices Since 1990:**

1989-  Mayo Foundation Project "Epidemiology of Neurodegenerative Disorders in Micronesia"
1992  (Internal Advisory Board)

1989  Philadelphia College of Physicians (Advisory Committee, Section on Geriatrics and
      Gerontology)

1991  Chairman, International Symposium on Chemical Signals in Vertebrates VI,
      Philadelphia, PA, June 16-22, 1991

1992  Chairman, Special Review Committee, "Transport of Substances in the Olfactory
      System" (RFA NIH-NIDCD-92-05), National Institute on Deafness and Other
      Communcation Disorders, Bethesda, MD

1992  Alzheimer's Association of Greater Philadelphia (Member, Medical/Scientific Advisory
      Committee

1994  International Organizing Committee, Chemical Signals in Vertebrates VII, University of
      Tubingen, Germany

1994  Advisory Board, Veterans Administration Environmental Hazards Research
      Center, University of Texas Health Science Center at San Antonio, Texas

1994  Member, Panel on Office of Naval Research Opportunities in Biology and Medicine, Naval
      Studies Board, National Research Council, Commission on Physical Sciences, Mathematics,
      and Applications, National Academy of Sciences, Washington, D.C.

1994  Member, Panel on Office of Orphan Products Development, Food and Drug Administration,
      Rockville, Maryland

1994  Member, Working Group, National Health and Nutrition Examination Survey IV (NHANES
      IV), National Institute on Deafness and Other Communication Disorders, Bethesda, MD.

1995  Member, Working Group, Toxin-Induced Loss of Tolerance, National Institute for Environ-
      mental Health Sciences Conference on Experimental Approaches to Chemical

Sensitivity, UMDNJ-Robert Wood Johnson Medical School, Piscataway, NJ.

1996  Member, Sensory Disorders and Language Study Section, National Institutes of Health, Bethesda, MD.

1996  Awards Committee, Association for Chemoreception Sciences.

1999  Chairman, Symposium on Advances in Brain Imaging and Electrophysiological Measurement of Human Olfactory Function in Health and Disease, National Institutes of Health, Bethesda, MD, in Sarasota, Florida, April 14, 1999.

1999  Chairman, "Committee to Evaluate Current Status of Measures of Chemical Irritation," American Chemistry Council, Washington, D.C., 1999-2003.

1999 Member, Initial Review Board of the Medical and Scientific Advisory Council, Alzheimer's
Disease and Related Disorders Association, Chicago, IL.

2000  International Advisory Committee, GustOlfs, Gothenborg, Sweden

2000  Scientific Committee, Chemical Signals in Vertebrates IX, Cracow, Poland, July 25-30, 2000.

2001 Member, Working Group on Epidemiology and Data Sources for Human Communication and Conditions, Diseases, and Disorders. National Institute on Deafness and Other Communication Disorders, National Institutes of Health, Bethesda, MD.

2003  Member, Scientific Review Group, ZHD1 DSR-A 23 1, National Institute on Child Health and Human Development, National Institutes of Health, Bethesda, MD.

2003  Executive Committee, Training Grant, Training in the Neurobiology of Otorhinolaryngology (J.C. Saunders, PI), NIDCD.

2003  Executive Committee, Department of Otorhinolaryngology: Head and Neck Surgery,
University of Pennsylvania Medical Center, Philadelphia

2003  External Examiner, McGill University, Office of Graduate and Postdoctoral Studies,
Montreal, QC, Canada

**Editorial Consultant:**

*Acta Neurologica Scandinavica; American Journal of Pathology; American Journal of*

Rhinology; American Journal of Physiology; American Midland Naturalist; Animal Behaviour; Annals of Neurology; Annual Review of Psychology; Appetite; Archives of Clinical Neuropsychology; Ar-chives of Neurology; Archives of Otolaryngology - Head and Neck Surgery; Behavior Research Methods, Instruments; Behavioral Neuroscience; Biological Psychiatry; Biology of Reproduction; Brain; Brain Research; Cerebral Cortex; Chemical Senses; Developmental Psychobiology; Ethology; Ethology and Sociobiology; Experimental Gerontology; Experientia; Head & Neck; Hormones & Behavior; Infant Behavior & Development; International Journal of Clinical and Experimental Hypnosis; Italian Journal of Neurological Sciences; Journal of Allergy & Clinical Immunology; Journal of Chemical Ecology; Journal of Comparative Neurology; Journal of Dental Research; Journal of Food Science; Journal of Experimental Psychology; Journal of Gerontology; Journal of the International Neuropsychological Society; Journal of Mammalogy; Journal of Neuroscience; Journal of the Neurological Sciences; Journal of Neurology, Neurosurgery & Psychiatry; Laryngoscope; Memory & Cognition; Molecular Neurobiology; Nature; Naturwissenschaften; Neurodegeneration; Neurodegenerative Diseases; Neuropsychology; Neurology; Neuroscience and Biobehavioral Reviews; Neuropsychologia; Oral Surgery, Oral Medicine, Oral Pathology, Oral Radiology & Endodontics; Perception; Perceptual & Motor Skills; Perception & Psychophysics; Physiology & Behavior; Psychological Bulletin; Psychological Reviews; Psychological Science; Psychology of Aging; Science.

**General Consultant:**

WGBH-TV, Boston (NOVA Science Series, 1976); RIA Corporation (Italian Television Science Series, 1980); KYW-TV, Philadelphia ((Clinical Science Series, 1981); NASA (Skylab Project, 1976); National Research Council (Advisory Committee, 1978); Industrial Acrylic Acid Study Committee (1981); National Science Foundation (1976-present); Franklin Institute (1982); American Cyanamid (1982); San Antonio Museum Association (1982); National Institutes of Health (1980-present); City of Philadelphia (1983); Union Carbide Corporation (1983-1986); U.S. Army Office of Research (1983-1985); Edelman Public Relations, Inc. (1983); National Council on Aging (1984); Rohm & Haas Company (1984-1990); Kal Kan (1985); E.R. Carpenter Company (1985); Israel Science Foundation; Medical Research Council of Canada ((1999); National Geographic Magazine (1985); Television South (TVS; 1985); American Broadcasting Corporation (ABC) (1986); Pennwalt Corporation (1986); Pepsico (1985); National Institute of Aging (1985); Philadelphia Water Company (1986-1989); Xerox Corporation (1986); Philadelphia Gas Works (1987-1990); ASTM Task Group E-18.04.025 on Odor Thresholds (1989); Emerson Electric Company (1989); Mayo Clinic (1989-1990); Philadelphia Zoo (1989-1990); WGBH-TV, Boston (NOVA Science Series, 1990); National Academy of Sciences (1989);  Federal Aviation Administration (1989-1991); National Center for Vision and Aging (1989); Phillips Petrolium Company (1990-1991); The Welcome Trust (1992); WGBH-TV, Boston (NOVA Science Series, 1991); National Institute on Aging (1994); National Institute on Deafness and Other Communication Disorders (1993-present); Medical Research Council of Canada (1994-present), Pfeizer Pharmaceuticals (1994); International Flavors and Fragrances (1996); Sensonics, Inc. (1998-present); Century National Insurance (1998); Perspective Consulting, Inc. (1998); McNeil Consumer Products (1999); American Chemistry Council (2000); Mt. Sinai

School of Medicine Educational Outreach Program -- *Defying Gravity: Enduring Life in Space* (2001); National Institute on Deafness and Other Communication Disorders (2001-2003); Scent Off Corporation (2003).

**Postdoctoral Fellows, Visiting Scientists, & Graduate Students:**

1986  Konrad Burdach, Ph.D., Department of Mass Communication, University of Munich, Federal Republic of Germany (Visiting Scientist).

1986  Daniel A. Deems, Ph.D., Department of Psychology, University of California, Los Angeles, California (Postdoctoral Fellow).

1986  Andrew Mester, M.D., Department of Otolaryngology, Semmelweis University, Budapest, Hungary (Postdoctoral Fellow).

1986  Victoria Moore-Gillon, B.Sc., F.R.C.S., Department of Otolaryngology, St. Georges Hospital, London, England (Visiting Scientist).

1988  Deborah Rosin, M.D., University of Pennsylvania, School of Medicine, Philadephia, PA        (Medical Student Research Program).

1988  John Till, M.S., Department of Biology, State University of New York, Brockport, New       York (Completed thesis requirements).

1988  Rozell Moulton, M.A., Department of Psychology, American University, Washington,          D.C. (Completed thesis requirements).

1988  Cheng Li, M.D., Department of Radiology, Chao-Yang Hospital, Dongdaquiao, Bejing, China (Postdoctoral Fellow).

1989  Shigeru Furuta, M.D., D.Sc., Department of Otolaryngology, Faculty of Medicine, Kagoshima University, Kagoshima, Japan (Postdoctoral Fellow).

1989  Cheryl A. Pfeiffer, Ph.D., Department of Psychology, Cornell University, Ithaca, New    York (Postdoctoral Fellow)

1989  John D. Pierce, Ph.D., Department of Psychology, University of Florida, Gainesville,          Florida (Postdoctoral Fellow)

1991  Jim Salata, M.D., University of Pennsylvania, School of Medicine, Philadephia, PA (Medical Student Research Program).

1991  Toshi Matsuda, M.D., Department of Otorhinolarynology, Nagoya City University Medical School, Nagoya, Japan (Postdoctoral Fellow)

1991  Igor Leonidovich Kratskin, M.D., Ph.D., I.M. Sechenov Institute of Evolutionary Physiology      and Biochemistry, Academy of Sciences of the USSR, Leningrad,

USSR (Postdoctoral Fellow)

1991 William Turner, M.D., University of Pennsylvania, School of Medicine, Philadelphia, PA    (Medical Student Research Program)

1992 Hun-Jong Dhong, M.D., Seoul National University Hospital, Seoul, Korea (Postdoctoral Fellow)

1992 Steven West, B.S., University of Pennsylvania, Philadelphia, PA (Medical Student Fellowship)

1992 Kevin Braat, M.D., University of Pennsylvania, Philadelphia, PA (Research Intern)

1992 Kee Pyon, Ph.D. Candidate, Department of Bioengineering, School of Engineering, University of Pennsylvania, Philadelphia, PA (Thesis Committee)

1993 Yasuyuki Kimura, M.D., Department of Otolaryngology, Kanazawa University, Kanazawa City, Japan (Postdoctoral Student)

1994 Shengzi Wang, M.D., Department of Otolaryngology, Shanghai Medical University, Shanghai, China (Postdoctoral Student)
1994 Maria Luisa Medina Amaya, M.D., University of Chihuahua, Chihuahua, Mexico

1994 David Yen, B.S., Medical Student, University of Pennsylvania, School of Medicine, Philadelphia (Medical Student Research Program).

1995 Steve Zarada, M.D., Hahnemann University, School of Medicine, Philadelphia (Medical Student Fellowship)

1997 Thomas Hummel, M.D, Ph.D., Department of Otorhinolaryngology, University of Dresden, Dresden, Germany (Visiting Scientist)

1997 Ayam Moustafa sayed El Madina, M.D., Department of Otolaryngology: Head and Neck Surgery, University of Alexandria, Cairo, Egypt (Visiting Scientist)

1998 Stephen Correia, M.A., Department of Psychology, University of Rhode Island, Kingston, RI (MA Thesis)

1998 Prayuth Tunsuriyawong, M.D., Department of Otorhinolaryngology, Siriraj Mahidol University, Bangkok, Tailand

2000 Anupam Mishra, M.B.B.S., Aliganj, Lucknow, India

2001 Anthony Risser, Ph.D., Department of Psychology, University of Houston, Houston, TX.

2002 Suketu J. Patel, B.S., University of Pennsylvania, School of Dental Medicine,

Dental Student Summer Research Program

2002  Michael J. Palma, B.S., University of Pennsylvania, School of Dental Medicine, Dental
       Student Summer Research Program.

2003  Jaclyn Wertheimer, B.S., University of Pennsylvania, School of Dental Medicine, Dental
       Student Summer Research Program.

2003  Serban Nicolaescu, B.S., University of Pennsylvania, School of Dental Medicine, Dental
       Student Summer Research Program.

2003  Eric Choudhury, B.S., University of Pennsylvania, School of Dental Medicine, Dental
       Student Summer Research Program.

**Current Grants:**

"Olfaction in Epilepsy," National Institute on Deafness and Other Communication Disorders, 2000-2005, Richard L. Doty, Principal Investigator, RO1 DC04278 (Direct Costs 2000-2005: $1,216,570; 22% effort).

"Postmenopausal Estrogen Influences on Olfaction," National Institute on Aging, 2000-2005, Richard L. Doty, Principal Investigator, RO1 AG17496 (Direct Costs: $1,250,000; 35% effort).

"Olfaction in Multiple Sclerosis", National Institute on Deafness and Other Communication Disorders, 1997-2003, Richard L. Doty, Principal Investigator, RO1 DC 02974 (Direct Costs: $841,188; 10% effort).

"Olfactory ERPs and Frontal Limbic Pathology in Schizophrenia," National Institute of Mental Health, 2000-2005, Bruce Turetsky, Principal Investigator, RO1 MH 59852 (Direct Costs: $920,654; 5% effort).

"MHRC: Regional Brain Function in Schizophrenia", National Institute of Mental Health, RE Gur, Principal Investigator, 5 P30 MH43880 (Direct Costs: $1,330,315; 3% effort).

**Previous Grants:**

"University of Pennsylvania Clinical Smell and Taste Research Center", National Institute on Deafness and Other Communication Disorders, Richard L. Doty, Principal Investigator, PO 1 DC00161, 1980-1993 (Direct Costs 1980-1983: $898,660; 1983-1988: $1,588,078; 1988-1993: $3,064,213; 1993-2000: $3,338,652).

"Symposium on Advances in Brain Imaging and Electrophysiological Measurement of Human Olfactory Function in Health and Disease," National Institures of Health, Chairperson, 263-MD-817182, 1999: $10,000.

"James A. Shannon's Director's Award," National Institute on Deafness and Other Communication Disorders, 1996-1998, Awardee, R55 DC 02974 (Direct Costs: $80,000).

"Histopathology of the Olfactory System in Neurodegenerative Disorders" University of Pennsylvania Research Foundation, Principal Investigator (Direct Costs 1993-1994: $7,000).

"Early Diagnosis of Alzheimer's Disease and Parkinsonism," National Institute on Aging, R.L. Doty, Principal Investigator, RO1 AG O8148, 1989-1992 (Direct Costs: $599,363).

"Multimodal Sensory Function in Neurodegenerative Disorders", National Institute on Aging, Pilot Study Principal Investigator, Alzheimer's Disease Center, J. Trojanowski, Principal Investigator, 1992 (Direct Costs: $15,000).

"Functional Studies of Olfaction in Alzheimer's Disease," Pilot Study Funding, National Institutes of Health and the Center for the Study of Aging, R.L. Doty, Principal Investigator, 1988-1989 (Direct Costs: $4,500).

"The Nasal Cycle and its Relationship to REM/NREM, Body Movement, and Hemispheric Cerebral Activity During Sleep." Eleanor Dana Clinical Research Center for Sleep Disorders, R.L. Doty, Principal Investigator, 1988-1989 (Direct Costs: $3,800).

"Investigation of Mechanisms Underlying Odor Recognition", U.S. Army Office of Research, R.L. Doty, Principal Investigator, DAAG29-81-K-0128, 1981-1983 (Direct Costs: $188,320).

"A Psychophysical and Psychophysiological Analysis of Olfactory and Trigeminal Nasal Chemosensitivity in Normal, Chemically-Sensitive, and Anosmic Humans", Hoffman Fund, R.L. Doty, Principal Investigator, 1980-1983 (Direct Costs: $83,000).

"Examination of animal olfactory discrimination of explosive vapors and vapor taggants using operant conditioning", The Aerospace Corporation, R.L. Doty, Co-Principal Investigator with David A. Marshall, 1979-1980 (Direct Costs: $78,000).

"Dental and Organoleptic Evaluation of an Oral Rinse Product", School of Dental Medicine, University of Pennsylvania, R.L. Doty, Co-Principal Investigator with Irwin Ship and Samuel Yankell, 1979-1980 (Direct Costs: $17,000).

"Hormonal Influences upon Human Nasal Chemoreception", NIH, R.L. Doty, Principal Investigator, RO1 NS 12239, 1975-1978 (Direct Costs: $149,494).

"Odor Preferences in Peromyscus," Predoctoral Research Fellowship, NIH, R.L. Doty, Awardee, 1972-1973, l-FO1-MH-49081

USPHS Traineeship, Department of Zoology, Michigan State University, J.A. King (PI), R.L. Doty, Awardee, NIH, 5-T01-MH–10611, 1971-1972

## Academic Committees at the University of Pennsylvania:

Advisory Board, Clinical Research Center, School of Dental Medicine (1981-1987)
Library Committee (1985-1987)
Faculty Advisory Committee, Center for the Study of Aging (1988-1993)
Program Committee, David Mahoney Institute for Neurological Sciences (1987-1989)
International Programs Committee (1989-1990)
Teaching Evaluation Committee, University of Pennsylvania, Philadelephia (1998)

## Teaching and Clinical Responsibilities at the University of Pennsylvania:

Taste and Smell Diagnostic and Treatment Clinic, 1 week per month
Course: ID 200, Clinical Specialties
Lecturer, Basic Science Series, Department of Otorhinolaryngology: Head & Neck Surgery

## Bibliography:

## Research Publications, Peer Reviewed:

Doty, R.L.: The effect of duration of stimulus presentation upon the angular acceleration threshold. Journal of Experimental Psychology 80:317-321, 1969.

Doty, R.L.: The effect of visual movement upon the duration of tonic immobility in Bobwhite Quail.  Psychonomic Science 16:48-49, 1969.

Donk, L.G., Vingoe, R.J., Hall, R.A., Doty, R.L.: The comparison of three suggestion techniques for increasing reading efficiency utilizing a counterbalanced research paradigm.  International Journal of Clinical and Experimental Hypnosis 18:126-133, 1970.

Doty, R.L.: The effects of instructions on the middle category of a method of limits investigation of the "straight-up-and-down" position. Journal of Psychology 76:9-17, 1970.

Doty, R.L., Carter, C.S., Clemens, L.G.: Olfactory control of sexual behavior in male and early-androgenized female hamsters. Hormones and Behavior 2:325-333, 1971.

Doty, R.L.: Odor preferences for female *Peromyscus maniculatus bairdii* for male mouse odors of *P. m. bairdii* and *P. leucopus noveboracensis* as a function of estrous state. Journal of Comparative and Physiological Psychology 81:191-197, 1972.

Doty, R.L., Kart, R.: A comparative and developmental analysis of the midventral sebaceous glands in 18 taxa of *Peromyscus*, with an examination of gonadal steroid influences in *P. maniculatus bairdii*. Journal of Mammalogy 53:83-99, 1972.

Doty, R.L.: Reactions of deermice (*Peromyscus maniculatus*) and white-footed mice (*Peromyscus leucopus*) to homospecific and heterospecific urine odors. Journal of Comparative and Physiological Psychology 84: 296-303, 1973.

Lydell, K., Doty, R.L.: Male rat odor preferences for female urine as a function of sexual experience, urine age, and urine source. Hormones and Behavior 3:202-212, 1973.

Doty, R.L., Anisko, J.J.: Procaine hydrochloride olfactory block eliminates mating behavior in the male golden hamster. Physiology & Behavior 10:395-397, 1973.

Doty, R.L., Dunbar, I.A.: Attraction of Beagles to conspecific urine, vaginal, and anal sac secretion odors. Physiology & Behavior 35: 729-731, 1974.

Doty, R.L., Dunbar, I.A.: Color, odor, consistency and secretory rate of anal sac secretions from male, female and early-androgenized female Beagles. American Journal of Veterinary Research 12:825-833, 1974.

Doty, R.L.: An examination of relationships between the pleasantness, intensity and concentration of 10 odorous stimuli. Perception & Psychophysics 17:492-496, 1975.

Doty, R.L.: Intranasal trigeminal detection of chemical vapors by humans. Physiology & Behavior 14:492-496, 1975.

Doty, R.L., Silverthorne, C.: Menstrual cycle: Influences upon volunteering behavior. Nature (London) 254:139-140, 1975.

Doty, R.L., Ford, M., Preti, G., Huggins, G.: Human vaginal odors change in pleasantness and intensity during the menstrual cycle. Science 190:1316-1318, 1975.

Doty, R.L., Jafek, B., Orndorff, M., Lowry, L.D.: Factors influencing intranasal trigeminal detection of chemical vapors by humans. Transactions of the American Academy of Ophthalmology and Otolaryngology 82:261-262, 1976.

Simenhoff, M.L., Burke, J.F., Saukkonen, J.J., Ordinario, A.T., Doty, R.L.: Biochemical profile of uremic breath. New England Journal of Medicine 297:132-135, 1977.

Doty, R.L., Brugger, W.E., Jurs, P.C., Orndorff, M.A., Snyder, P.J., Lowry, L.D.: Intranasal trigeminal stimulation from odorous volatiles: Psychometric responses from anosmic and normal humans. Physiology & Behavior 20:175-185, 1978.

Doty, R.L., Kligman, A., Leyden, J., Orndorff, M.M.: Communication of gender from human axillary odors: Relationship to perceived intensity and hedonicity. Behavioral Biology 23:373-380, 1978.

Doty, R.L.: A procedure for combining menstrual cycle data. Journal of Clinical Endocrinology and Metabolism 48:912-918, 1979.

Doty, R.L., Snyder, P., Huggins, G., Lowry, L.D.: Endocrine, cardiovascular, and psychological correlates of olfactory sensitivity changes during the human menstrual cycle. Journal of Comparative and Physiological Psychology 95:45-60, 1981.

Kunka, M., Doty, R.L., Settle, R.G.: An examination of intertrial interval and gender influences on sucrose detection thresholds established by a modified staircase procedure. Perception 10:35-38, 1981.

Marshall, D.A., Doty, R.L., Lucero, D.P., Slotnick, B.M.: Odor detection thresholds in the rat for the vapors of three related perfluorocarbons and ethylene glycol dinitrate. Chemical Senses 6:421-433, 1981.

Doty, R.L., Ram, C.A., Green, P., Yankell, S.: Communication of gender from breath odors: Relationship to perceived intensity and pleasantness. Hormones and Behavior 16:13-22, 1982.

Ghorbanian, S.N., Paradise, J.L., Doty, R.L.: Odor perception in children in relation to nasal obstruction. Pediatrics 72:510-516, 1983.

Doty, R.L., Shaman, P., Dann, M.: Development of the University of Pennsylvania Smell Identification Test: A standardized microencapsulated test of olfactory function. Physiology & Behavior (Monograph) 32: 489-502, 1984.

Doty, R.L., Shaman, P., Kimmelman, C.P., Dann, M.S.: University of Pennsylvania Smell Identification Test: A rapid quantitative olfactory test for the clinic. Laryngoscope 94:176-178, 1984.

Carmichael, K.A., Jennings, A.S., Doty, R.L.: Reversible anosmia following pituitary irradiation. Annals of Internal Medicine 100: 532-533, 1984.

Doty, R.L., Shaman, P., Applebaum, S.L., Giberson, R., Sikorsky, L., Rosenberg, L.: Smell identification ability: Changes with age. Science 226:1441-1443, 1984.

Doty, R.L., Applebaum, S.L., Zusho, H., Settle, R.G.: A cross-cultural study of sex differences in odor identification ability. Neuropsychologia 23:667-672, 1985.

Doty, R.L., Newhouse, M.G., Azzalina, J.D.: Internal consistency and short-term test-retest reliability of the University of Pennsylvania Smell Identification Test. Chemical Senses 10:297-300, 1985.

Doty, R.L., Gregor, T. & Settle, R.G.: Influences of intertrial interval and sniff bottle volume on the phenyl ethyl alcohol olfactory detection threshold. Chemical Senses 11:259-264, 1986.

Doty, R.L., Gregor, T. Monroe, C.: Quantitative assessment of olfactory function in an industrial setting. Journal of Occupational Medicine 28:457-460, 1986.

Settle, R.G., Meehan, J., Williams, G.W., Doty, R.L., Sisley, A.C.: Chemosensory properties of sour taste stimuli. Physiology & Behavior 36:619-623, 1986.

Mair, R.G., Doty, R.L., Kelly, K.M., Wilson, C.S., Langlais, P.J., McEntee, W.J. & Vollmecke, T.A.: Multimodal sensory discrimination deficits in Korsakoff's psychosis. Neuropsychologia 24:831-839, 1986.

Amsterdam, J., Settle, R.G., Doty, R.L., Abelman, E. & Winokur, A: Taste and smell perception in depression. Biological Psychiatry 22: 1481-1485, 1987.

Burdach, K. & Doty, R.L.: Retronasal flavor perception: Influences of mouth movements, swallowing and spitting. Physiology & Behavior 41:353-356, 1987.

Deems, D.A. & Doty, R.L.: The nature of age-related olfactory detection threshold changes in man. Transactions of the Pennsylvania Academy of Opthalmology and Otolaryngology 39:646-650, 1987.

Doty, R.L. & Ferguson-Segall, M.: Odor detection performance of rats to ethyl acetate following d-amphetamine treatment. Psychopharmacology 93:87-93, 1987.

Doty, R.L., Reyes, P. & Gregor, T.: Presence of both odor identification and detection deficits in Alzheimer's disease. Brain Research Bulletin 18:597-600, 1987.

Doty, R.L., Deems, D.A., Frye, R., Pelberg, R. & Shapiro, A. Olfactory sensitivity, nasal resistance, and autonomic function in the multiple chemical sensitivities (MCS) syndrome. Archives of Otolaryngology - Head and Neck Surgery 114:1422-1427, 1988.

Doty, R.L., Deems, D. & Stellar, S.: Olfactory dysfunction in Parkinson's disease: A general deficit unrelated to neurologic signs, disease stage, or disease duration. Neurology 38:1237-1244, 1988.

Doty, R.L., Ferguson-Segall, M., Lucki, I. & Kreider, M.: Effects of 6-hydroxydopamine intrabulbar injections on ethyl acetate odor detection in castrate and non-castrate male rats. Brain Research 444:95-103, 1988.

Mester, A.F., Doty, R.L., Shapiro, A. & Frye, R.E.: Influence of body tilt within the

sagital plane on olfactory function. Aviation, Space, and Environmental Medicine 59:734-737, 1988.

Brosvic, G., Risser J. & Doty, R.L. No influence adrenalectomy on gustatory sensitivity of the rat. Physiology & Behavior 46: 699-705, 1989.

Doty, R.L. & Ferguson-Segall, M.: Influence of castration on the odor detection performance of male rats. Behavioral Neuroscience 103:691-693, 1989.

Doty, R.L., Riklan, M., Deems, D.A., Reynolds, C. & Stellar, S. The olfactory and cognitive deficits of Parkinson's disease: Evidence for independence. Annals of Neurology 25:166-171, 1989.

Doty, R.L. & Risser, J. Influence of the D-2 dopamine receptor agonist quinpirole on rat odor detection performance before and after administration of spiperone. Psychopharmacology 98:310-315, 1989.

Doty, R.L. & Agrawal, U. On the shelf-life of the University of Pennsylvania Smell Identification Test (UPSIT). Laryngoscope 99:402-405, 1989.

Doty, R.L., Agrawal, U. & Frye, R.E. Evaluation of the internal consistency reliability of the fractionated and whole University of Pennsylvania Smell Identification Test (UPSIT). Perception & Psychophysics 45:381-384, 1989.

Frye, R.E., Mester, A., Deems, D.A. & Doty, R.L. A comparision of mathematical models of nasal pressure-flow data and the contribution of compliant and inertial parameters. Proceedings of the IEEE Engineering in Medicine and Biology Society 11:304-305, 1989.

Schwartz, B., Doty, R.L., Frye, R.E., Monroe, C. & Barker, S. Olfactory function in chemical workers exposed to acrylate and methacrylate vapors. American Journal of Public Health 79: 613-618, 1989.

Doty, R.L., Kreiss, D. & Frye, R.E. Human odor intensity: correlation with frog epithelial adenylate cyclase activity and transepithelial voltage response. Brain Research 527:130-134, 1990.

Doty, R.L., Li, C. & Risser, J. Influence of fluprazine hydrochloride on the odor detection performance of male rats to ethyl acetate. Pharmacology, Biochemistry and Behavior 35: 699-703, 1990.

Frye, R.E. & Doty, R.L. A comparison of linearity and frequency response characteristics of airflow and pressure transducers commonly used in nasal rhinomanometry. IEEE Transactions on Biomedical Engineering 37:937-944, 1990.

Frye, R., Schwartz, B. & Doty, R.L. Dose-related effects of cigarette smoking on olfactory function. Journal of the American Medical Association 263: 1233-1236, 1990.

Marshall, D.A. and Doty, R.L.  Taste responses of dogs to antifreeze, ethylene glycol, and propylene glycol.  Journal of the American Veterinary Medical Association 197:1599-1602, 1990.

Deems, D.A., Doty, R.L., Settle, R.G., Moore-Gillon, V., Shaman, P., Mester, A.F., Kimmelman, C.P. Brightman, V.J. & Snow, J.B., Jr.  Smell and taste disorders: A study of 750 patients from the University of Pennsylvania Smell and Taste Center (1981-1986).  Archives of Otolaryngology -- Head and Neck Surgery 117:519-528, 1991.

Doty, R.L., Perl, D.P., Steele, J., Chen, K.M., Pierce, J.D. Jr., Reyes, P. & Kurland, L.  Olfactory dysfunction in three neurodegenerative diseases.  Geriatrics 46 (Suppl. 1):47-51, 1991.

Doty, R.L., Perl, D.P., Steele, J., Chen, K.M., Pierce, J.D. Jr., Reyes, P. & Kurland, L.  The odor identification deficit of Guam parkinsonism-dementia is equivalent to that of Alzheimer's and idiopathic Parkinson's disease.  Neurology 41 (Suppl. 2):77-80, 1991.

Doty, R.L., Risser, J.M. & Brosvic, G.M.  Influence of adrenalectomy on the odor detection performance of rats.  Physiology & Behavior 49:1273-1277, 1991.

Salata, J.A., Doty, R.L. & Raj, J.M.  Differential sensitivity of tongue areas and palate to electrical stimulation: A suprathreshold cross-modal matching study.  Chemical Senses 16:483-489, 1991.

Brosvic, G.M., Doty, R.L., Rowe, M.M., Harron, A. & Kolodiy, N.  Influences of hypothyroidism on the taste detection performance of rats: A signal detection analysis.  Behavioral Neuroscience 106:992-998, 1992.

Doty, R.L., Singh, A., Tetrude, J. & Langston, J.W.  Lack of olfactory dysfunction in MPTP-induced parkinsonism.  Annals of Neurology, 32:97-100, 1992.

Doty, R.L., Stern, M.B., Pfeiffer, C., Gollomop, S.M. & Hurtig, H.I.  Bilateral olfactory dysfunction in early stage treated and untreated idiopathic Parkinson's disease.  Journal of Neurology, Neurosurgery and Psychiatry, 55:138-142, 1992.

Doty, R.L., Golbe, L.I., McKeown, D.A., Stern, M.B., Lehrach, C.M. & Crawford, D.  Olfactory testing differentiates between progressive supranuclear palsy and idiopathic Parkinson's disease.  Neurology, 43: 962-965, 1993.

Lanza, D.C., Moran, D.T., Doty, R.L., Trojanowski, J.Q., Lee, J.H., Rowley, J.C., Crawford, D., Kennedy, D.W.  Endoscopic human biopsy technique: A preliminary report.  Laryngoscope 103: 815-819, 1993.

Li, C., Yousem, D.M., Hayden, R.E. & Doty, R.L.  Olfactory neuroblastomas: MR evaluation.  American Journal of Neuroradiology, 14:1167-1171, 1993.

Smith, R.S., Doty, R.L., Burlingame, G.K. & McKeown, D.A. Smell and taste function in the visually impaired. Perception & Psychophysics 54: 649-655, 1993.

Yousem, D.M., Turner, W.J., Li, C., Snyder, P.J. & Doty, R.L. Kallmann syndrome: MR Evaluation of olfactory system. American Journal of Neuroradiology 14: 839-843, 1993.

Constantinescu, C.S., Raps, E.C., Cohen, J.A., West, S.E. & Doty, R.L. Olfactory disturbances as the initial or most prominent symptom of multiple sclerosis. Journal of Neurology, Neurosurgery, and Psychiatry 57: 1011-1012, 1994.

Doty, R.L., Smith, R., McKeown, D. & Raj, J. Tests of human olfactory function: Principal components analysis suggests that most measure a common source of variance. Perception & Psychophysics 56:701-707, 1994.

Lanza, D.C., Deems, D.A., Doty, R.L., Moran, D., Crawford, D.A., Rowley, J.C. III, Sajjadian, A. & Kennedy, D.W. The effect of human olfactory biopsy upon olfaction: A preliminary report. Laryngoscope 104: 837-840, 1994.

Merwin, A. & Doty, R.L. Early exposure to low levels of estradiol ($E_2$) mitigates $E_2$-induced conditioned taste aversions in prepubertally ovariectomized female rats. Physiology & Behavior 55: 185-187, 1994.

Sajjadian, A., Doty, R.L., Gutnick, D.N., Shirugi, R.J., Sivak, M. & Perl, D. Olfactory dysfunction in amyotrophic lateral sclerosis. Neurodegeneration 3:1-5, 1994.

Stern, M.B., Doty, R.L., Dotti, M., Corcoran, P., Crawford, D., McKeown, D.A., Adler, C., Gollomp, S. & Hurtig, H. Olfactory function in Parkinson's disease subtypes. Neurology 44:266-268, 1994.

Bromley, S.M. & Doty, R.L. Odor recognition memory is better under bilateral than unilateral test conditions. Cortex 31: 25-40, 1995.

Doty, R.L., Bromley, S.M. & Stern, M.B. Olfactory testing as an aid in the diagnosis of Parkinson's disease: Development of optimal discrimination criteria. Neurodegeneration 4:93-97, 1995.

Doty, R.L., McKeown, D., Lee W.W. & Shaman, P. Test-retest reliability of 10 olfactory tests. Chemical Senses 20: 645-656, 1995.

Fedoroff, I.C., Stoner, S.A., Andersen, A.E., Doty, R.L. & Rolls, B.J. Olfactory dysfunction in anorexia and bulimia nervosa. International Journal of Eating Disorders, 18: 71-77, 1995.

Matsuda, T. & Doty, R.L. Age-related taste sensitivity to NaCl: Relationship to tongue locus and stimulation area. Chemical Senses 20: 283-290, 1995.

Brosvic, G.M., Risser, J.M., Mackay-Sim, A. & Doty, R.L. Odor detection performance

in hypothyroid and euthyroid rats. Physiology & Behavior 59: 117-121, 1996.

Deems, D.A., Yen, D.M., Kreshak, A. & Doty, R.L. Spontaneous resolution of dysgeusia. Archives of Otolaryngology: Head and Neck Surgery 122: 961-963, 1996.

Doty, R.L., Marcus, A. and Lee, W.W. Development of the 12-item Cross-Cultural Smell Identification Test (CC-SIT). Laryngoscope 106: 353-356, 1996.

Lane, A.P., Zweiman, B., Lanza, D.C., Swift, D., Doty, R.L., Dhong, H-J., Kennedy, D.W. Acoustic rhinometry in the study of the acute nasal allergic response. Annals of Otology, Rhinology & Laryngology. 105: 811-818, 1996.

McKeown, D., Doty, R.L., Perl, D.P., Frye, R.E., Sims, I., & Mester, A.F. Olfactory dysfunction in Down's syndrome. Journal of Neurology, Neurosurgery & Psychiatry 61: 412-416, 1996.

Pierce, J.D., Jr., Doty, R.L., & Amoore, J.E. Analysis of position of trial sequence and type of diluent on the detection threshold for phenyl ethyl alcohol using a single staircase method. Perceptual and Motor Skills 82:451-458, 1996.

Yousem, D.M., Geckle, R.J., Bilker, W.B., McKeown, D. & Doty, R.L. MR evaluation of patients with congenital hyposmia or anosmia. American Journal of Radiology 166:439-443, 1996.

Yousem, D.M., Geckle, R.J., Bilker, W.B., McKeown, D. & Doty, R.L. Posttraumatic olfactory dysfunction: MR and clinical evaluation. American Journal of Neuroradiology 17:1-9, 1996.

Zrada, S.E., Bratt, K., Doty, R.L. & Laties, A. Olfactory loss in Usher syndrome: Another sensory deficit? American Journal of Medical Genetics 64: 602-603, 1996.

Bagla, R., Klasky, B. & Doty, R.L. Influence of stimulus duration on a regional measure of NaCl taste sensitivity. Chemical Senses 22:171-175, 1997.

Bylsma, F.W., Moberg, P.J., Doty, R.L. & Brandt, J. Odor identification in Huntington's disease patients and their offspring with and without the genetic mutation for HD. Journal of Neuropsychiatry and Clinical Neuroscience 9: 598-600, 1997.

Doty, R.L. On the protheticity of olfactory pleasantness and intensity. Perceptual and Motor Skills 85:1439-1449, 1997.

Doty, R.L. Studies of human olfaction from the University of Pennsylvania Smell & Taste Center. Chemical Senses 22: 565-586, 1997.

Doty, R.L., Fernandez, A.D., Levine, M.A., Moses, A. & McKeown, D.A. Olfactory dysfunction in pseudohypoparathyroidism: Dissociation from $G_{s\alpha}$ protein deficiency. Journal of Clinical Endocrinology and Metabolism 82: 247-250, 1997.

Doty, R.L., Li, C., Mannon, L. & Yousem, D.G.  Olfactory dysfunction in multiple sclerosis.  New England Journal of Medicine 336: 1918-1919, 1997.

Doty, R.L., Yousem, D.M., Pham, L.T., Kreshak, A.A. & Lee, W.W.  Olfactory dysfunction in patients with head trauma.  Archives of Neurology 54: 1131-1140, 1997.

Kratskin, I.L., Yu, X. & Doty, R.L.  An easily constructed pipette for pressure microinjections into the brain.  Brain Research Bulletin 44:199-203, 1997.

Mirza, N., Doty, R.L., Kruger, H.  Age-related influences on the nasal cycle. Laryngoscope 107: 62-66, 1997.

Moberg, P.J. & Doty, R.L.  Olfactory function in Huntington's disease patients and at-risk offspring.  International Journal of Neuroscience 89: 133-139, 1997.

Moberg, P.J., Doty, R.L., Mahr, R.N., Mesholam, R.I., Arnold, S.E., Turetsky, B.I., Gur, R.E. Olfactory identification in elderly schizophrenia and Alzheimer's disease. Neurobiology of Aging 18: 163-167, 1997.

Moberg, P.J., Doty, R.L., Turetsky, B.I., Arnold, S.E., Mahr, R.N., Gur, R.C. & Gur, R.E. Olfactory identification deficits in schizophrenia: Correlation with duration of illness. American Journal of Psychiatry 154: 1016-1018, 1997.

Yousem, D.M., Geckle, R.J., Doty, R.L. & Bilker, W.B.  Reproducibility and reliability of volumetric measures of olfactory eloquent structures.  Academic Radiology 4: 264-269, 1997.

Yousem, D.M., Williams, S.C.R., Howard, R.O., Andrew, C., Simmons, A., Allin, M., Geckle, R.J., Suskin, D., Bullmore, E.T., Brammer, M.J. & Doty, R.L.  Functional MRI imaging during odor stimulation: Preliminary data.  Neuroradiology 204: 833-838, 1997.

Zweiman, B., Getshy, J., Kalenian, M., Lane, A., Schwartz, L.B., Doty, R. & Lanza, D. Nasal airway changes assessed by acoustic rhinometry and mediator release during immediate and late reactions to allergen challenge.  Journal of Allergy and Clinical Immunology 100: 624-631, 1997.

Betchen, S. & Doty, R.L.  Bilateral detection thresholds in dextrals and sinstrals reflect the more sensitive side of the nose, which is not lateralized. Chemical Senses 23: 453-457, 1998.

Doty, R.L., Genow, A. & Hummel, T.  Scratch density differentiates microsmic from normosmic and anosmic subjects on the University of Pennsylvania Smell Identification Test.  Perceptual & Motor Skills 86: 211-216, 1998.

Doty, R.L., Li, C., Bagla, R., Huang, W., Brosvic, G.M. & Risser, J.  SKF 38393 enhances odor detection performance.  Psychopharmacology 136: 70-74, 1998.

Doty, R.L., Li, C., Mannon, L. & Yousem, D.G.  Olfactory dysfunction in multiple sclerosis: Relation to plaque load in inferior frontal and temporal lobes.  Annals of the New York Academy of Sciences : 855: 781-786, 1998.

Mesholam, R.I., Moberg, P.J., Mahr, R.N., Gur, R.E. & Doty, R.L.  Olfaction and dementia: A meta-analytic review of olfactory functioning in Alzheimer's and Parkinson's Disease.  Archives of Neurology 55: 84-90, 1998.

Tran, K.D., Smutzer, G.S., Doty, R.L., Arnold, S.E.  Reduced Purkinje cell size in the cerebellar vermis of elderly patients with schizophrenia.  American Journal of Psychiatry 155: 1288-1290, 1998.

Yousem, D.M., Geckle, R.J., Bilker, W.B. & Doty, R.L.  Olfactory bulb and tract and temporal lobe volumes: Normative data across decades.  Annals of the New York Academy of Sciences 855: 546-555, 1998.

Dhong, H.-J., Chung, S.-J. & Doty, R.L.  Estrogen protects against 3-methylindole-induced     olfactory loss.  Brain Research 824: 312-315, 1999.

Doty, R.L., Bagla, R. & Kim, N.  Physostigmine enhances performance on an odor mixture discrimination test. Physiology & Behavior 65: 801-804, 1999.

Doty, R.L., Li, C., Mannon, J. & Yousem, D.M.  Olfactory dysfunction in multiple sclerosis: Relation to longitudinal changes in plaque numbers in central olfactory structures. Neurology 53: 880-882, 1999.

Hebhardt, P., Bagla, R. & Doty, R.L. An automated regional taste-testing system. Behavior Research Methods: Instruments and Computers 31: 464-469, 1999.

Kratskin, I.L., Kimura, Y., Hastings, L. & Doty, R.L.  Chronic dexamethasone treatment potentiates insult to olfactory receptor cells produced by 3-methylindole. Brain Research 847: 240-246, 1999.

Moberg, P.J., Agrin, R., Gur, R.E., Gur, R.C., Turetsky, B.I. & Doty, R.L.  Olfactory dysfunction in schizophrenia:  A qualitative and quantitative review. Neuropsychopharmacology 21: 325-340, 1999.

Postolache, T.T., Doty, R.L., Wehr, T.A., Jimma, L.A., Han, L., Turner, E.H., Matthews, J.R., Neumeister, A., No, C., Kroger, H., Bruder, G.E. & Rosenthal, N.E.  Monorhinal odor identifica-tion and depression scores in patients with seasonal affective disorder. Journal of Affective Disorders 56: 27-35, 1999.

Yousem, D.M., Geckle, R.J., Bilker, W.B., Kroger, H. & Doty, R.L.  Posttraumatic smell loss: Relationship to psychophysical tests and volumes of the olfactory bulbs and tracts and the temporal lobes.  Academic Radiology 6: 264-272, 1999.

Yousem, D.M., Maldjian, J.A., Hummel, T., Alsop, D.C., Geckle, R.J., Kraut, M.A., Doty, R.L. The effect of age on odor-stimulated functional magnetic resonance imaging. American Journal of Neuroradiology 20:600-608, 1999.

Yousem, D.M., Maldjian, J.A., Siddiqi, F., Hummel, T., Alsop, D.C., Geckle, R.J., Bilker, W.B., Doty, R.L. Gender effects on odor-stimulated functional magnetic resonance imaging. Brain Research 818: 480-487, 1999.

Correia, S., Faust, D., Doty, R.L. A re-examination of the rate of vocational dysfunction among patients with anosmia and mild/moderate closed head injury. Journal of Clinical and Experimental Neuropsychology 15:1-12, 2000.

Kratskin, I.L., Hummel, T., Hastings, L. & Doty, R.L. Electrical responses to vanillin and carbon dioxide in nasal mucosa of rats injected with 3-methylindole. NeuroReport 11: 1-3, 2000.

Kratskin, I.L., Rio, J.P., Kenigfes, N.B., Doty, R.L. & Reperant, J. A light and electron-microscopic study of taurine-like immunoreactivity in the main olfactory bulb of frogs. Journal of Chemical Neuroanatomy 18:87-101, 2000.

Turetsky, B.I., Moberg, P.J., Yousem, D.M., Doty, R.L., Arnold, S.E. & Gur, R.E. Olfactory bulb volume is reduced in patients with schizophrenia. American Journal of Psychiatry 157:828-30, 2000.

Tunsuriyawong, P., Bagla, R. & Doty, R.L. Effects of a pressure surround on the regional taste detection threshold for sodium chloride. Acta Otolaryngologica 120:81-86, 2000.

Doty, R.L., Bagla, R., Morgenson, M. & Mirza, N. NaCl thresholds: Relationship to anterior tongue locus, area of stimulation, and number of fungiform papillae. Physiology & Behavior 72: 373-378, 2001.

Kareken, D.A., Doty, R.L., Moberg, P.J., Mosnik, D.M., Chen, S.H., Farlow, M.R., Hutchins, G.D. Olfactory-evoked regional cerebral blood flow in Alzheimer's disease. Neuropsychology 15: 18-29, 2001.

Kohler, C.G., Moberg, P.J., Gur, R.E., Sperling, M.R. & Doty, R.L. Olfactory dysfunction in schizophrenia and temporal lobe epilepsy. Journal of Neuropsychiatry, Neuropsychology & Behavioral Neurology 14: 83-88, 2001.

Mackay-Sim, A. & Doty, R.L. The University of Pennsylvania Smell Identification Test: normative adjustment for Australian subjects. Australian Journal of Otolaryngology 4:174-177, 2001.

Miller, S.L., Mirza, N. & Doty, R.L. Electrogustometric thresholds: Relationship to anterior tongue locus, area of stimulation, and number of fungiform papillae. Physiology & Behavior 75: 753-757, 2002.

Postolache, T.T., Wehr, T.A., Doty, R.L., Sher, L., Turner, E.H., Bartko, J. & Rosenthal, N.E. Patients with seasonal affective disorder have lower odor detection thresholds than control subjects. Archives of General Psychiatry 59: 1119-1122, 2002.

Choudhury, E.S., Moberg, P. & Doty, R.L. Influences of age and sex on a microencapsulated odor memory test. Chemical Senses 28: 799-805, 2003.

Connelly, T., Farmer, J.M., Lynch, D.R. & Doty, R.L. Olfactory dysfunction in degenerative ataxias. Journal of Neurology, Neurosurgery & Psychiatry 74: 1435-1437, 2003.

Doty, R.L., Bagla, R., Misra, R., Mueller, E. & Kerr, K-L. No influence of scopolamine hydrobromide on odor detection performance. Chemical Senses 28: 761-765, 2003.

Doty, R.L., Diez, J.M., Turnacioglu, S., McKeown, D.A., Glendhill, J., Armstong, K. & Lee, W.W. Influences of feedback and ascending and descending trial presentations on perithreshold odor detection performance. Chemical Senses 28: 523-526, 2003.

Kareken, D.A., Mosnik, D.M., Doty, R.L., Dzemidzic, M. & Hutchins, G.D. Functional anatomy of human olfactory sensation, discrimination, and identification in health and aging. Neuropsychology 17: 482-495, 2003.

Moberg, P.J., Arnold, S.E., Doty, R.L., Kohler, C., Kanes, S., Seigel, S., Gur, R.E. & Turetsky, B.I. Impairment of odor hedonics in men with schizophrenia. American Journal of Psychiatry 160: 1784-1789, 2003.

Turetsky, B. I., Moberg, P. J., Owzar, K., Johnson, S. C., Doty, R.L. & Gur, R. E. Physiological impairment of olfactory stimulus processing in schizophrenia. Biological Psychiatry 53: 403-411, 2003.

Turetsky, B. I., Moberg, P. J., Arnold, S. E., Doty, R. L. & Gur, R. E. Low olfactory bulb volume in first-degree relatives of patients with schizophrenia. American Journal of Psychiatry 160: 703-708, 2003.

Doty, R.L., Wertheimer, J.M. & Nicolaescu, S.A. Influence of third molar extraction on electrogustometric thresholds determined on the medial posterior region of the anterior tongue. Archives of Otolaryngology: Head and Neck Surgery, 2004, in preparation.

Doty, R.L., Wudarski, T.J., Bromley, S.M., Kroger, H., Yen, D.M., Stern, M.B., Clark, C., Crawford, D.A. & Mirza, N. Odor memory and discrimination in early-stage Alzheimer's disease and idiopathic Parkinson's disease. Neurology, 2004, in preparation.

Doty, R.L., Wudarski, T.J. & Hastings, L. Marijuana odor perception: studies modeled from probable cause cases. Law & Human Behavior 28:223-233, 2004.

Doty, R.L, Halm, A.K. & Kerr, K.L. Evidence for left:right differences in odor

discrimination, but not in short-term odor memory. <u>Chemical Senses</u>, 2004, in preparation.

Doty, R.L., Rosero, S.J. & Kerr, K.L. Odors and the perception of hygiene. <u>Perceptual & Motor Skills</u>, 2004, submitted.

Loucks, C.A. & Doty, R.L. Effect of stimulus duration on electrogustometric thresholds. <u>Physiology & Behavior</u>, 2004, in press.

Macknin, J.B, Higuchi, M., Lee, V. M.-Y., Trojanowski, J. & Doty, R.L. Olfactory dysfunction occurs in transgenic mice overexpressing human tau protein. <u>Brain Research</u> 1000: 174-178, 2004.

Moberg, P.J., Doty, R.L., Gallacher, F., Cannon, T. & Gur, R.E. Olfactory functioning in siblings discordant for schizophrenia and healthy controls. <u>American Journal of Psychiatry</u>, 2004, in press.

Moberg, P.J., Doty, R.L., Turetsky, B.I., Arnold, S.E., Mahr, R.N., Gur, R.C., Bilker, W. & Gur, R.E. Olfactory identification abilities deteriorate in patients with schizophrenia, even for those with relatively recent onset. <u>American Journal of Psychiatry</u>, 2004, in press.

Nicolaescu, S.A., Wertheimer, J.M. & Doty, R.L The influence of electrode size on the reliability of electrogustometric thresholds on the medial posterior region of the anterior tongue. <u>Perceptual & Motor Skills</u>, 2004, submitted.

Patel, S. J., Bollhoefer, A. & Doty, R.L. Influences of ethanol ingestion on olfactory function in humans. <u>Psychopharmacology</u> 171: 429-434, 2004.

Wudarski, T.J. & Doty, R.L. A comparison of detection threshold values determined using glass sniff bottles and plastic squeeze bottles. <u>Perceptual & Motor Skills</u> 98: 192-196, 2004.

**Reviews & Chapters:**

Doty, R.L.: The role of olfaction in man -- sense or nonsense? In S.H. Bartley (Ed.), <u>Perception in Everyday Life</u>, Harper & Row, New York, 1972, pp. 143-157.

Doty, R.L.: A cry for the liberation of the female rodent. <u>Psychological Bulletin</u> 81:159-172, 1974.

Doty, R.L.: Determination of odor preferences in rodents: A methodological review. In D.G. Moulton, J.W. Johnston, Jr., A. Turk (Eds.) <u>Methods in Olfactory Research</u>, Academic Press, London, 1975, pp. 383-393.

Doty, R.L.: Introduction. In R.L. Doty (Ed.), <u>Mammalian Olfaction, Reproductive Processes, and Behavior</u>. Academic Press, New York, 1976, pp. 1-6.

Doty, R.L.: Reproductive endocrine influences upon human nasal chemoreception: A review. In R.L. Doty (Ed.), Mammalian Olfaction, Reproductive Processes, and Behavior. Academic Press, New York, 1976, pp. 295-321.

Beauchamp, G.K., Doty, R.L., Moulton, D.G., Mugford, R.A.: The pheromone concept in mammals: A critique. In R.L. Doty (Ed.), Mammalian Olfaction, Reproductive Processes, and Behavior. Academic Press, New York, 1976, pp. 143-160.

Doty, R.L.: A review of recent psychophysical studies examining the possiblity of chemical communication of sex and reproductive state in humans. In D. Müller-Schwarze, M.M. Mozell (Eds), Chemical Signals in Vertebrates, Plenum Press, New York, 1977, 273-286.

Doty, R.L.: Food preference ratings of congenitally-anosmic humans. In M.R. Kare, O. Maller (Eds.), Chemical Senses and Nutrition II, Academic Press, New York, 1977, pp. 315-325.

Doty, R.L.: Gender and reproductive state correlates of taste perception in humans. In D.A. McGill, D.A. Dewsbury, B. Sachs (Eds.), Sex and Behavior: Status and Prospectus, Plenum, 1978, pp. 337-362.

Doty, R.L.: A review of olfactory dysfunctions in man. American Journal of Otolaryngology 1:57-79, 1979.

Doty, R.L.: Fragrance and body odor. Journal of Olfaction 2:3-6, 1979.

Beauchamp, G.K., Doty, R.L., Moulton, D.G., Mugford, R.A.: The pheromone concept: A reply to Katz and Shorey. Journal of Chemical Ecology 5:301-305, 1979.

Bernard, R.A., Doty, R.L., Engelman, K., Weiss, R.A.: Taste and salt intake in human hypertension. In M.R. Kare, M.J. Fregly, R.A. Bernard (Eds.), The Behavioral and Biological Aspects of Salt Intake, Academic Press, New York, 1980, pp. 397-408.

Doty, R.L.: Scent marking in mammals. In M.R. Denny (Ed.), Comparative Psychology: Research in Animal Behavior. Wiley, New York, 1980, pp. 385-399.
Doty, R.L.: Olfactory communication in humans. Chemical Senses 6:351-376, 1981.

Doty, R.L., Shaman, P., Krefetz, D.G., Dann, M. Recent progress in the development of a clinically-useful microencapsulated olfactory function test. In J. Surjan (Ed.), Proceedings of the 12th World Congress on Otorhinolaryngology, Akademiai, Kiado, Budapest, Hungary, 1981, pp.5-8.

Doty, R.L., Hall, J.W., Flickinger, G.L., Sondheimer, S.J.: Cyclical changes in olfactory and auditory sensitivity during the menstrual cycle: No attenuation by oral contraceptive medication. In H. Breipohl (Ed.), Olfaction and Endocrine Regulation, IRL Press, London, 1982, pp. 35-42.

Doty, R.L., Azzalina, J.D.: A literature survey of (a) antifreeze toxicity and poisoning and (b) chemical repellency in vertebrates. Philadelphia: Sensonics, Inc., 1984, 674 pp.

Doty, R.L.: Olfactory communication in humans. In D. Macdonald, R. Brown (Eds.), Social Odours in Mammals, Oxford University Press, 1985, pp. 804-832.

Doty, R.L. Book review of Mammalian Semiochemistry (E.S. Albone; John Wiley & Sons, 1984). For European Chemoreception Research Organization Newsletter, 1985.

Doty, R.L. Book review of Ageing and the Sense of Smell (C. Van Toller, G.H. Dodd & Anne Billing; Charles C. Thomas, 1985). The International Journal of Aging and Human Development, 1986/1987, 24, 72-73.

Doty, R.L.: Cross-cultural studies of taste and olfaction in humans. In D. Duvall, D. Muller-Schwarze & R.M. Silverstein, (Eds.), Chemical Signals in Vertebrates, Vol. IV: Ecology, Evolu-tion, and Comparative Biology, Plenum Press, 1986, 673-684.

Doty, R.L.: Gender and endocrine-related influences upon olfactory sensitivity. In H.L. Meiselman, R.S. Rivlin (Eds.), Clinical Measurement of Taste and Smell, MacMillan, New York, 1986, pp. 377-413.

Doty, R.L.: Odor-guided behavior in mammals. Experientia 42: 257-271, 1986.

Doty, R.L.: Taste, smell and clinical questions. In H.L. Meiselman, R.S. Rivlin (Eds.), Clinical Measurement of Taste and Smell, MacMillan, New York, 1986, pp. 373-375.

Doty, R.L.: Reproductive endocrine influences upon olfactory perception: A current perspective. Journal of Chemical Ecology 12:497-511, 1986.

Doty, R.L.: Ontogeny of human olfactory function. In W. Breipohl (Ed.), Ontogeny of Olfaction in Vertebrates. Berlin: Springer-Verlag, 1986, pp. 3-17.

Doty, R.L., Kimmelman, C.P.: Smell and taste and their disorders. In A.K. Asbury, G.M. McKhann, W.I. McDonald (Eds.), Diseases of the Nervous System, Philadelphia: W.B. Saunders, 1986, pp. 465-478.

Doty, R.L. An evaluation of the flavor profile analysis program of the City of Philadelphia Water Department. Philadelphia: University of Pennsylvania, 1987, 12 pp.

Doty, R.L. & Monroe, C.: Occupational screening of olfactory dysfunction. In A. Colombi, E.A. Emmett, V. Foa & M. Maroni (Eds), Chemical Monitoring of Occupational Toxicity. Chichester: Ellis Horwood Ltd., 1987, pp. 516-523.

Doty, R.L. & Reyes, P.: Olfactory dysfunction in Alzheimer's disease: A summary of recent findings. Annals of the New York Academy of Sciences 510:260-262, 1987.

Doty, R.L. & Snow, J.B., Jr.: Olfaction. In J.L. Goldman (Ed.), The Principles and Practice of Rhinology, Wiley, New York, 1987, pp. 761-785.

Doty, R.L. & Snow, J.B., Jr.: Age-related changes in olfactory function. In R.L. Margolis & T.V. Getchell (Eds), Molecular Neurobiology of the Olfactory System. N.Y., Plenum Press, 1988, 355-374.

Doty, R.L. Smell disorders: Neglected no longer. Encyclopaedia Britannica, Medical and Health Annual. Chicago: Encyclopaedia Britannica, Inc., 1989, pp. 331-335.

Doty, R.L. The influence of age and age-related diseases on olfactory function. Annals of the New York Academy of Sciences. 561:76-86, 1989.

Doty, R.L. Age-related alterations in taste and smell function. In: J.C. Goldstein, H.K. Kashima and C.F. Coopmann, Jr. (Eds), Geriatric Otorhinolaryngology. Burlington: B.C. Decker, 1989, pp. 97-104.

Doty, R.L. Endocrine influences upon human olfactory function. In J.M. Lakoski, J.R. Perez-Polo & D.K. Rassin (Eds.), Neural Control of Reproductive Function. N.Y.: Alan Liss, 1989, pp. 567-581.

Doty, R.L. & Frye, R. Nasal obstruction and chemosensation. In C.P. Kimmelman (Ed.), Otolaryngologic Clinics of North America, 22: 1989, 381-384.

Leopold, D.A., Bartoshuk, L., Doty, R.L., Jafek, B., Smith, D.V. & Snow, J.B. Aging of the upper airway and the senses of taste and smell. Otolaryngology - Head and Neck Surgery 100:287-289, 1989.

Doty, R.L. Book review of "Perfumery: The Psychology and Biology of Fragrance" (S. van Toller & G.H. Dodd, Eds.), in The Quarterly Review of Biology 65:126-127, 1990.

Doty, R.L. A matter of taste. Encyclopaedia Britannica, Medical and Health Annual. Chicago: Encyclopaedia Britannica, Inc., 1990, pp. 459-462.

Doty, R.L. Olfaction. In F. Goller & J. Grafman (Eds.), Handbook of Neuropsychology. Amsterdam: Elsevier, 1990, pp. 211-226.

Doty, R.L. Modulation of the odor detection performance of rats by castration and the administration of dopaminergic active drugs: A summary of recent findings. In D.W. Macdonald (Ed.), Chemical Signals in Vertebrates V. Oxford: Oxford University Press, 1990, pp. 100-108.

Doty, R.L. Causes of olfactory and gustatory disorders. In: T.V. Getchell, R.L. Doty, L.M. Bartoshuk & J.B. Snow (Eds), Smell and Taste in Health and Disease. New York, Raven, 1991, pp. 449-462.

Doty, R.L. Influences of aging on human olfactory function. In D.G. Laing, R.L. Doty &

W. Breipohl (Eds), <u>The Human Sense of Smell</u>. Amsterdam: Springer-Verlag, 1991, pp. 181-195.

Doty, R.L. Olfactory capacities in aging and Alzheimer's disease: Psychophysical and anatomic considerations. <u>Annals of the New York Academy of Sciences</u> 640:20-27, 1991.

Doty, R.L. Psychophysical measurement of human odor perception. In D.G. Laing, R.L. Doty & W. Breipohl (Eds), <u>The Human Sense of Smell</u>. Amsterdam: Springer-Verlag, 1991, pp. 95-134.

Doty, R.L. Olfactory function in neonates. In D.G. Laing, R.L. Doty & W. Breipohl (Eds), <u>The Human Sense of Smell</u>. Amsterdam: Springer-Verlag, 1991, pp. 155-165.

Doty, R.L. Olfactory system. In T.V. Getchell, R.L. Doty, L.M. Bartoshuk & J.B. Snow, Jr. (Eds), <u>Smell and Taste in Health and Disease</u>. New York, Raven, 1991, pp. 175-203.

Doty, R.L. Olfactory dysfunction in neurodegenerative disorders. In: T.V. Getchell, R.L. Doty, L.M. Bartoshuk & J.B. Snow (Eds), <u>Smell and Taste in Health and Disease</u>. New York, Raven, 1991, pp. 735-751.

Doty, R.L. Taste and smell. In: <u>Academic American Encyclopedia</u>. Danbury, CT: Grolier, Inc., 1991, Vol 19, p. 43.

Doty, R.L., Bartoshuk, L.M., Getchell, T.V. & Snow, J.B. Categorization of chemosensory anomalies. In: T.V. Getchell, R.L. Doty, L.M. Bartoshuk & J.B. Snow (Eds), <u>Smell and Taste in Health and Disease</u>. New York: Raven, 1991, pp. 445-448.

Snow, J.B., Jr., Doty, R.L., Bartoshuk, L.M. & Getchell, T.V. Categorization of chemosensory disorders. In: T.V. Getchell, R.L. Doty, L.M. Bartoshuk & J.B. Snow (Eds), <u>Smell and Taste in Health and Disease</u>. New York, Raven, 1991, pp. 463-467.

Snow, J.B. Jr., Doty, R.L. & Bartoshuk, L.M. Clinical evaluation of olfactory and gustatory disorders. In: T.V. Getchell, R.L. Doty, L.M. Bartoshuk & J.B. Snow (Eds), <u>Smell and Taste in Health and Disease</u>. New York, Raven, 1991, pp. 463-467.

Doty, R.L. Burning questions from the laboratory: Chemical senses. <u>Otolaryngology - Head and Neck Surgery</u> 106:18-20, 1992.

Doty, R.L. Diagnostic tests and assessment. <u>Journal of Head Trauma Rehabilitation</u> 7:45-64, 1992.

Doty, R.L. Olfactory disturbances with systemic disease. In: T.V. McCaffrey (Ed.), <u>Systemic Disease and the Nasal Airway</u>. New York: Thieme Medical Publishers, Inc., 1992, pp. 150-157.

Doty, R.L., Kimmelman, C.P. & Lesser, R.P. Smell and taste and their disorders. In:

A.K. Asbury, G.M. McKhann & W.I. McDonald (Eds), Diseases of the Nervous System (Second Edition). Philadelphia: W.B. Saunders, 1992, pp. 390-403.

Frye, R.E. & Doty, R.L. The influence of ultradian autonomic rhythms, as indexed by the nasal cycle, on unilateral olfactory thresholds. In: Doty, R.L. & Muller-Schwartze, D. (Eds.): Chemical Signals in Vertebrates VI. New York: Plenum Press, 1992, pp. 595-598.

Frye, R.E., Doty, R.L. & Shaman, P. Bilateral and unilateral olfactory sensitivity: Relationship to handedness and gender. In: Doty, R.L. & Muller-Schwartze, D. (Eds.): Chemical Signals in Vertebrates VI. New York: Plenum Press, 1992, pp. 559-564.

Doty, R.L. Impressions of China. Penn Medicine 6:1993, 20-24.

Doty, R.L. Taste and Smell Disorders. Encyclopaedia Britannica, Medical and Health Annual. Chicago: Encyclopaedia Britannica, Inc., 1993, pp. 401-405.

Doty, R.L. Book review of Olfaction: A Model System for Computational Neuroscience (J.L. Davis & H. Eichenbaum, eds.), MIT Press, Cambridge, 319 pp. Brain, 1994.

Doty, R.L. Book review of Science of Olfaction (M.J. Serby & K.L. Chobor, eds.), New York: Springer-Verlag (1992), 590 pp. Journal of Nervous and Mental Disease 182:363-364, 1994.

Doty, R.L. Olfaction and multiple chemical sensitivity. Toxicology and Industrial Health 10:359-368, 1994.

Doty, R.L. Olfactory dysfunction in the elderly and in Alzheimer's disease. In: K. Kurihara, N. Suzuki & H. Ogawa (Eds.): Olfaction and Taste XI, Tokyo: Springer Verlag, 1994, pp. 597-601.

Doty, R.L. Studies of olfactory dysfunction in major neurological disorders. Advances in the Biosciences 93:593-602, 1994.

Doty, R.L. Taste and smell in the elderly. In: M.L. Albert & J.E. Knoefel. Clinical Neurology of Aging (Second Edition). Oxford: Oxford University Press, 1994, pp. 465-479.

Doty, R.L. Introduction and historical perspective. In: Doty, R.L. (Ed.): Handbook of Olfaction and Gustation. NY: Marcel Dekker, 1995, pp. 1-31.

Doty, R.L. Intranasal trigeminal chemoreception: Anatomy, Physiology, and Psychophysics. In: Doty,R.L. (Ed): Handbook of Olfaction and Gustation. NY: Marcel Dekker, 1995, pp. 821-833.

Doty, R.L. & Kobal, G. Current trends in the measurement of olfactory function. In: Doty, R.L. (Ed.): Handbook of Olfaction and Gustation. N.Y.: Marcel Dekker, 1995, pp.

191-225.

Li, C., Yousem, D.M., Doty, R.L., Kennedy, D.W.  Evaluation of olfactory deficits by medical imaging.  In: Doty, R.L. (Ed.): Handbook of Olfaction and Gustation.  N.Y.: Marcel Dekker, 1995, pp. 395-419.

Li, C., Yousem, D.M., Doty, R.L., Kennedy, D.W.  Neuroimaging in patients with olfactory deficits.  American Journal of Roentgenology 162:411-418, 1995.

West, S.E. & Doty, R.L.  Olfactory function in epilepsy and temporal lobe resection lobectomy: A review.  Epilepsia 36:531-542, 1995.

Doty, R.L.  Anosmia.  In: J.G. Beaumont & J. Sergent, The Blackwell Dictionary of Neuropsychology.  Oxford: Blackwell Publishers, 1996, pp. 77-80.

Doty, R.L.  Answers for "Dear Doctor" column.  Psychology Teacher Network. Washington, DC: American Psychological Association 6:8-10, 1996.

Doty, R.L.  Practical approaches to clinical olfactory testing.  In: A. Seiden (Ed.), Taste and Smell Disorders.  N.Y.: Thieme, 1996, pp. 38-51.

Doty, R.L.  Olfaction.  In: N. Mygind & T. Lindholdt (Eds.), Nasal Polyposis: An inflammatory disease and its treatment.  Copenhagen: Munksgaard, 1997, pp. 153-159.

Doty, R.L.  Studies from the University of Pennsylvania Smell and Taste Center. Chemical Senses 22: 565-586, 1997.

Doty, R.L., Bromley, S.M., Hummel, T. & Moberg, P.  Laterality in human nasal chemoreception.  In: S. Christman (Ed.), Cerebral Asymmetries in Sensory and Perceptual Processing.  Amsterdam: North Holland Publishing Co., 1997, pp. 497-542.

Miller, C., Ashford, N., Doty, R., Lamielle, M. Otto, D., Rahil, A. & Wallace, L. Empirical approaches for the investigation of toxin-induced loss of tolerance. Environmental Health Perspectives 105: 521-526, 1997.

Deems, D.A. & Doty, R.L.  Olfactory function and disorders.  In: B. Bailey (Ed.), Otolaryngology - Head and Neck Surgery.  Second Edition.  Philadelphia: Lippincott-Raven, 1998, pp. 317-331.

Doty, R.L.  Mammalian pheromones.  In: Greenberg, G. & Haraway, M. (Eds.), Comparative Psychology: A Handbook, N.Y.: Garland Publishing Co., 1998, pp. 313-320.

Doty, R.L.  Cranial Nerve I: Olfaction.  In: C.G. Goetz & E.J. Pappert (Eds.), Textbook of Clinical Neurology. Philadelphia: W.B. Saunders, 1998, pp. 90-101.

Doty, R.L.  Obituary.  John Ernest Amoore (1930-1998).  Chemical Senses 23: 123,

1998.

Moberg, P.J., Doty, R.L., Turetsky, B.I., Arnold, S.E., Mahr, R.N., Gur, R.C., Bilker, W. & Gur, R.E. Reply to Good et al., Deterioration of olfactory identification abilities in patients with schizophrenia. American Journal of Psychiatry 155:1463-1464, 1998.

Doty, R.L. & Zrada, S.E. Smell and taste in the elderly. In: M.S.J. Pathy (Ed.), Principles and Practice of Geriatric Medicine, 3rd Edition, New York: John Wiley & Sons, 1999, pp. 723-732.

Doty, R.L. The Smell Threshold Test™ Administration Manual. Haddon Hts., NJ: Sensonics, Inc., 2000.

Doty, R.L. Smell: Behavioral, biological, and functional aspects. In: A.E. Kazdin (Ed.), Encyclopedia of Psychology. Washington, D.C. & N.Y.: American Psychological Association and Oxford University Press, 2000, pp. 313-320.
Doty, R.L. & Bromley, S.M. Olfaction and taste. In: A. Crockard, R. Hayward & J. Huff (Eds.), Neurosurgery: The Scientific Basis of Medical Practice. 3rd Edition. Oxford: Blackwell Science, 2000, pp. 347-365.

Doty, R.L. Olfaction. Annual Review of Psychology. 52: 423-452, 2001.

Doty, R.L. Olfaction and gustation in normal aging and Alzheimer's disease. In: P.R. Hof & C.V. Mobbs (Eds.), Functional Neurobiology of Aging. San Diego: Academic Press, 2001, pp. 647-658.

Doty, R.L. Olfaction and striatal dopamine in preclinical Parkinson's disease. Journal Watch Neurology 5: 2001, p. 91.

Doty, R.L. Olfactory deficit in Alzheimer's disease. American Journal of Psychiatry 158: 1533-1534, 2001.

Doty, R.L. Olfactory psychophysics. In: P. Given and D. Pardes (Eds.), Chemistry of Taste. Washington, D.C., American Chemical Society, 2001, pp. 123-139.

Doty, R.L. & Deems, D.A. Olfactory function and dysfunction. In: B. Bailey (Ed.), Otolaryngology - Head and Neck Surgery. Third Edition. Philadelphia: Lippincott, Williams & Wilkins, 2001, pp. 247-260.

Doty, R.L. & Hastings, L.M. Neurotoxic exposure and olfactory impairment. In M.L. Bleeker (Ed.), Clinics in Occupational and Environmental Medicine (Neurotoxicology), 2001 1: 547-575.

Doty, R.L. & Mishra, A. Influences of nasal obstruction, rhinitis, and rhinosinusitis on the ability to smell. Laryngoscope 111: 409-423, 2001.

Mishra, A. & Doty, R.L. Olfaction: quantification and management. Indian Journal of

Otolaryngology and Head and Neck Surgery 53: 178-181, 2001.

Bromley, S.M. & Doty, R.L. Taste. In: A.K. Asbury, G. McKhann, W.I. McDonald, P.J. Goadsby & J.C. McArthur (Eds.), Diseases of the Nervous System: Clinical Neuroscience and Therapeutic Principles. 3rd Edition. Cambridge: Cambridge University Press, 2002, pp. 610-620.

Doty, R.L. Olfaction. In V. S. Ramachandran (Ed): Encyclopedia of the Human Brain. Vol. 3, San Diego: Academic press, 2002, pp. 717-727.

Doty, R.L. & Bromley, S.M. Anosmia, Ageusia, and Other Disorders of Chemosensation. In: T. Brandt, L. Caplan, J. Dichgans, H.C. Diener & C. Kennard (Eds.), Neurological Disorders: Course and Treatment. 2nd Edition. San Diego: Academic Press, 2002, pp. 171-183.

Doty, R.L. & Bromley, S.M. Olfaction and gustation. In J.J. Ballenger & J.B. Snow, Jr. (Eds.), Otorhinolaryngology Head and Neck Surgery, 16th Edition. San Diego: Singler, Thompson Learning, 2002, pp. 561-591.

Doty, R.L. & Bromley, S.M. Olfaction and gustation. In J.J. Ballenger & J.B. Snow, Jr. (Eds.), Manual of Ballenger's Otorhinolaryngology Head and Neck Surgery, 16th Edition. San Diego: Singler, Thompson Learning, 2002, pp. 317-335.

Doty, R.L. & Bromley, S.M. Smell. In: A.K. Asbury, G. McKhann, W.I. McDonald, P.J. Goadsby & J.C. McArthur (Eds.), Diseases of the Nervous System: Clinical Neuroscience and Therapeutic Principles. 3rd Edition. Cambridge: Cambridge University Press, 2002, pp. 595-609.

Bromley, S.M. & Doty, R.L. Clinical disorders affecting taste: evaluation and management. In: Doty, R.L. (Ed.): Handbook of Olfaction and Gustation. 2nd Edition. NY: Marcel Dekker, 2003, pp. 935-958.

Bromley, S.M. & Doty, R.L. Taste and its disorders. In. S. Brown (Ed.), Otolaryngology: Head and Neck Surgery – 7th Edition. London: Arnold, 2003, in press.

Doty, R.L. Book review – C.H. Hawkes (2002), Smell and Taste Complaints. Woburn: Butterworth-Heinemann. In: Journal of Neurology, Neurosurgery, and Psychiatry 74: 2003, p. 142.

Doty, R. L. Book review – C. Rouby, B., Schaal, D. Dubois, R. Gervais, & H. Holly (Eds.)(2002), Olfaction, Taste, and Cognition. Cambridge: Cambridge University Press, In: Journal of the International Neuropsychological Society, 2003, pp. 1101-1103.

Doty, R.L. Cranial Nerve I: Olfaction. In: C.G. Goetz (Ed.), Textbook of Clinical Neurology. 2nd Edition. Philadelphia: W.B. Saunders, 2003, pp. 99-110.

Doty, R.L. Disturbances of smell and taste. In J. Noseworthy (Ed.), Neurologial

Therapeutics: Principles and Practice. London: Martin Dunitz, 2003, pp. 1705-1708.

Doty, R.L. Introduction and historical perspective. In: Doty, R.L. (Ed.): Handbook of Olfaction and Gustation. 2nd Edition. NY: Marcel Dekker, 2003, pp. i-xlv.

Doty, R.L. Mammalian pheromones: fact or fantasy? In: Doty,R.L. (Ed): Handbook of Olfaction and Gustation. 2nd Edition. NY: Marcel Dekker, 2003, pp. 345-384.

Doty, R.L. Methods for determining odor preferences in non-human mammals. In: R.L. Doty (Ed): Handbook of Olfaction and Gustation. 2nd Edition. NY: Marcel Dekker, 2003, pp. 403-408.

Doty, R.L. Odor perception in neurodegenerative diseases and schizophrenia. In: R.L. Doty (Ed): Handbook of Olfaction and Gustation. 2nd edition. NY: Marcel Dekker, 2003, pp. 479-502.

Doty, R.L. Olfactory psychophysics. ChemoSense 4: 1-6, 2003.

Doty, R.L. Smelling and tasting problems. In F. Bloom, F. Beal, & D. Kupfer (Eds.), The Dana Guide to Brain Health & Disorders. N.Y.: The Dana Press, 2003, pp. 347-351.

Doty, R.L. & Bromley, S.M. Taste. In: M.J. Aminoff & R.B. Daroff (Eds.), Encyclopedia of the Neurological Sciences. New York: Elsevier Science (USA), 2003, pp. 481-484.

Doty, R.L. & Bromley, S.M. Abnormalities of Smell. In: S. Brown (Ed.), Otolaryngology: Head and Neck Surgery – 7th Edition. London: Arnold, 2003, in press.

Doty, R.L., Cometto-Muniz, J.E. & Kobal, G. Intranasal trigeminal chemoreception (CN V). In: R.L. Doty (Ed.), Handbook of Olfaction and Gustation. 2nd Edition. N.Y.: Marcel Dekker, 2003, pp. 981-1000.

Doty, R.L. & Laing, D.G. Psychophysical measurement of human olfactory function, including odorant mixture assessment. In: Doty, R.L. (Ed): Handbook of Olfaction and Gustation. 2nd Edition. NY: Marcel Dekker, 2003, 203-228.

Doty, R.L., Philip, S., Reddy, K. and Kerr, K-L. Influences of antihypertensive and antihyperlipid-emic drugs on the senses of taste and smell: a review. Journal of Hypertension 21: 1805-1813, 2003.

Frank, M.E., Hettinger, T.P., Gent, J.F., Barry, M.A., and Doty, R.L. Measuring human gustatory function. In: Doty,R.L. (Ed): Handbook of Olfaction and Gustation. 2nd Edition. NY: Marcel Dekker, 2003, pp. 783-804.

Li, C., Doty, R.L., Kennedy, D.W., and Yousem, D.M. Evaluation of olfactory deficits by structural medical imaging. In: Doty,R.L. (Ed): Handbook of Olfaction and Gustation. 2nd Edition. NY: Marcel Dekker, 2003, pp. 593-614.

Murphy, C., Doty, R.L., and Duncan, H.J.  Clinical disorders of olfaction.  In: Doty,R.L. (Ed): Handbook of Olfaction and Gustation.  2nd Edition.  NY: Marcel Dekker, 2003, pp. 161-178.

Smutzer, G.S., Doty, R.L., Arnold, S.E., and Trojanowski, J.Q.  Olfactory system neuropathology in Alzheimer's disease, Parkinson's disease, and schizophrenia.  In: R.L. Doty (Ed.), Handbook of Olfaction and Gustation.  2nd Edition.  N.Y.: Marcel Dekker, 2003, pp. 503-524.

Doty, R.L. & Bromley, S.M.  Effects of drugs on olfaction and taste.  In: K. Fong (Ed.), Otolaryn-gologic Clinics of North America.  Philadelphia: Saunders, 2004, in press.

Doty, R.L. & Bromley, S.M.  Smell and taste in the elderly.  In: M.S.J. Pathy (Ed.), Principles and Practice of Geriatric Medicine, 4th Edition, John Wiley & Sons, 2004, in preparation.

Doty, R.L. & Bromley, S.M..  Olfactory function and dysfunction.  In: B. Bailey (Ed.), Otolaryngology - Head and Neck Surgery.  Fourth Edition.  Philadelphia: Lippincott, Williams & Wilkins, 2004, in preparation.

Doty, R.L., Cometto-Muniz, J.E., Jalowayski, A.A., Dalton, P., Kendal-Reed, M. & Hodgson, M.  Assessment of upper respiratory tract and ocular irritative effects of volatile chemicals in humans.  Critical Reviews in Toxicology 34: 1-58, 2004.

**Books & Manuals:**

Doty, R.L. (Ed.): Mammalian Olfaction, Reproductive Processes and Behavior.  Academic Press, New York, 1976, 344 pp.

Doty, R.L., Getchell, T.V., Köster, E.P. (Eds.): David G. Moulton Memorial Volume, Special Edition of the Chemical Senses. IRL Press, London, 1981, 453 pp.

Doty, R.L.  The Smell Identification Test™ Administration Manual.  Sensonics, Inc., Haddon Hts., NJ: 1983 (Revisions in 1989, 1995).

Getchell, T., Doty, R.L., Bartoshuk, L.M. & Snow, J.B., Jr. (Eds.): Smell and Taste in Health and Disease.  New York: Raven, 1991, 883 pp.

Laing, D.G., Doty, R.L. & Breipohl, W. (Eds.) Human Olfaction.  Amsterdam: Springer-Verlag, 1991, 395 pp.

Doty, R.L. & Müller-Schwartze, D. (Eds.): Chemical Signals in Vertebrates 6.  New York: Plenum Press, 1992, 635 pp.

Doty, R.L. (Ed.): <u>Handbook of Olfaction and Gustation</u>. N.Y.: Marcel Dekker, 1995, 864 pp.

Doty, R.L. <u>The Smell Threshold Test<sup>TM</sup> Administration Manual</u>. Haddon Hts., NJ: Sensonics, 2000, 32 pp.

Doty, R.L. (Ed.): <u>Handbook of Olfaction and Gustation</u>. 2nd edition. N.Y.: Marcel Dekker, 2003, 2000+ pp.

Doty, R.L., Witt, M., Landis, B.N. et al.    <u>History of the Chemical Senses</u>. In preparation.

Doty, R.L.  <u>The Heaven and Hell within Us: The Biological Basis of Good and Evil</u>. In preparation.

**Lectures by Invitation (1995-2004 only):**

**National and International:**

"A Comparative Study of the Reliability of 10 Olfactory Tests and Mathematical Models of the Relationship Between Reliability and Test Length." Presentation with D.W. McKeown, W.W. Lee, and P. Shaman, Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"Bilateral Olfactory Detection Thresholds are Lower than Unilateral Olfactory Detection Thresholds." Presentation with S. Betchen, D.A. McKeown, A. Marcus, L. Pham, and P. Hebhardt. Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"Development of an Automated Regional Taste Testing System." Presentation with P. Hebhardt. Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"Development of Normative Data for the Modular Smell Identification Test."

Presentation with A. Marcus. Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"Influence of Ascending and Descending Trial Presentations and the Role of Feedback on the Odor Detection Threshold." Presentation with J.M. Diez, D.A. McKeown, W.W. Lee, K. Armstrong, and S. Turnacioglu. Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"MR of Patients with Congenital Anosmia." Presentation with R.J. Geckle and D.M. Yousem. Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"Olfactory Function in Multiple Sclerosis: Correlation with Plaque Numbers in Olfactory Cortex." Presentation with C. Li, D.M. Yousem, and W.W. Lee. Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"Olfactory Function in Schizophrenia: Relationship to Clinical, Neuropsychological, and MRI Volumetric Measures." Presentation with P.J. Moberg, D.A. McKeown, B.I. Turetsky, R.E. Gur and R.C. Gur. Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"Olfactory Testing as an Aid in the Diagnosis of Parkinson's Disease: Development of Optimal Discrimination Criteria." Presentation with S.M. Bromley and M.B. Stern. Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"Spontaneous Resolution of Dysgeusia." Presentation with D.A. Deems, D.M. Yen, and A. Kreshak. Association for Chemoreception Sciences XVII, Sarasota, Florida, May 19-23, 1995.

"FDG-PET Demonstrates Relationships between Abnormal Olfaction and Regional cerebral glucose metabolism (CMR) in schizophrenia." Invited Presentation with L.H. Mozley, P.J. Moberg, R.C. Gur, R.E. Gur and A. Alavi. 42nd Annual Meeting, Society of Nuclear Medicine, Minneapolis, MN, June 12-15, 1995.

"Olfaction." Invited Presentation, University of North Carolina, Chapel Hill, NC, August 22-23, 1995

"Experimental Approaches to Chemical Sensitivity." Invited Presentation, Environmental and Occupational Health Sciences Institute. Princeton, NJ, September 20-22, 1995.

"Measurement of the Sense of Smell in Health and Disease." Invited Presentation, NIDCD Communication Awareness Day, Capital Hill, Washington, D.C., October 18, 1995.

"Psychophysical Studies of Olfaction." Invited Presentation. Symposium on Olfactory

Bio-Responses in Man. Erlangen/Nurnberg, Germany, December 5-10, 1995.

"Olfactory Deficits in Young and Elderly Patients with Schizophrenia." Invited Presentation, 24th Annual Meeting of the International Neuropsychological Society, Chicago, IL, February 15, 1996.

"Olfaction," Invited Presentation, Workshop on Nasal Polyposis: An Inflammaory Disease and its Treatment. Devos, Switzerland, March 1-2, 1996.

"Measurement of the Senses of Smell in Health and Disease, Invited Course Participant, Geriatric Neurology: Effect and Age and Disease, San Francisco, CA, March 24, 1996.

"A Test for Regional Evaluation of Taste Function," Presentation with Hans Kroger, Corinne Alexander, Daniel Deems & R. Gregg Settle. Association for Chemoreception Sciences XVIII, Sarasota, Florida, April 17-20, 1996.

"Influence of Age on Regional Taste Function," Presentation with Hans Kroger & Paul Shaman, Association for Chemoreception Sciences XVIII, Sarasota, Florida, April 17-20, 1996.

"Olfactory Dysfunction in Usher's Syndrome," Presentation, Association for Chemoreception Sciences XVIII, Sarasota, Florida, April 17-20, 1996.

"Relationship between the Human Taste Threshold to NaCl and the Duration of Stimulus Presentation," Presentation with R. Bagla & B. Klasky, Association for Chemoreception Sciences XVIII, Sarasota, Florida, April 17-20, 1996.

"Neuroimaging," Invited Discussant, 1996 Gordon Conference on the Chemical Senses, Salve Regina University, Newport, Rhode Island, August 18-23, 1996.

"Clinical and Health Aspects of Olfaction," Invited Speaker, Chemical Sense Symposium, University of Utrecht, Utrecht, Netherlands, October 22, 1996.

"Olfactory Evoked Regional Cerebal Blood Flow in Healthy Aging and Alzheimer Disease," Invited Presentation with D.A. Kareken, G. Hutchins, K. Caldemeyer & M.R. Farlow, Society for Neuroscience Annual Meeting, Washington, D.C., November 16-21, 1996.

"Olfaction," Invited Keynote Speech, Society of Flavor Chemists, Newark, N.Y., December 5, 1996.

"Psychophysical Methods," Invited Speaker, Chemical Industry Conference on Respiratory Tract Irritation and Olfaction. Chemical Manufacturers Association, Miami, Florida, February 3-7, 1997.

"Olfactory Assessment and Management," Invited Chairman, XVI World Congress of Otorhinolaryngology Head and Neck Surgery, Sidney, Australia, March 2-7, 1997.

"Olfaction," Invited Address, International Symposium on Infection and Allergy of the Nose," Philadelphia, PA, June 5-8, 1997.

"Olfactory Function in Neurodegenerative Disorders," Invited Address, Kagoshim International Symposium, Otolaryngology in Near Future Based on Harmonization of Nature and Human Being, Kagoshima, Japan, March 12-15, 1997.

"Lateralized vs. Bilateral Measurement of Olfactory Thresholds: Comparison of Two Methods," Invited Presentation with A. Soiffer & T. Hummel, Cottle International Rhinology Centennial/XVI ISIAN, Philadelphia, PA, June 5-8, 1997.

"Development of a Regional Taste Test using Isointense and Isoviscid Stimuli. Invited Presentation with H. Kroger & K. Hoffman, Cottle International Rhinology Centennial/XVI ISIAN, Philadelphia, PA, June 5-8, 1997.

"Influence of Scopolamine Hydrobromide on Odor Detection Performance of Rats. Invited Presentation with R. Bagla, R. Misra & E. Mueller, Cottle International Rhinology Centennial/XVI ISIAN, Philadelphia, PA, June 5-8, 1997.

"Longitudinal Change in Olfactory Function and Olfactory Cortex Plaque Numbers in Multiple Sclerosis. Invited Presentation with C. Li & D.M. Yousem, Cottle International Rhinology Centennial/XVI ISIAN, Philadelphia, PA, June 5-8, 1997.

"Multiple Sclerosis: Influence of CNS Lesions on Odor Identification Ability. Invited Presentation with C. Li, L.J. Mannon & D.M. Yousem, Cottle International Rhinology Centennial/XVI ISIAN, Philadelphia, PA, June 5-8, 1997.

"NaCl Taste Thresholds: Relationship to Tongue Locus and Area of Stimulation. Invited Presentation with R. Bagla & M. Mogensen, Cottle International Rhinology Centennial/XVI ISIAN, Philadelphia, PA, June 5-8, 1997.

"Olfactory Disorders," Invited Workshop with L. Bellussi & D. Leopold, Cottle International Rhinology Centennial/XVI ISIAN, Philadelphia, PA, June 5-8, 1997.

"Olfactory Testing as an Aid in the Diagnosis of Parkinson's Disease: Development of Optimal Discrimination Criteria." Invited Presentation with S.M. Bromley, Cottle International Rhinology Centennial/XVI ISIAN, Philadelphia, PA, June 5-8, 1997.

"The Dopamine D-1 Agonsit SKF 38393 Enhances Odor Detection Performance," Invited Presentation with W. Huang, R. Bagla, C. Li, C. Pfeiffer, G.M. Brosvic & J.M. Risser, Cottle International Rhinology Centennial/XVI ISIAN, Philadelphia, PA, June 5-8, 1997.

"Longitudinal Change in Olfactory Function and Olfactory Cortex Plaque Numbers in Multiple Sclerosis: A Pilot Study," Presentation with C. Li & D.M. Yousem, Association for Chemo-reception Sciences/ISOT XII, San Diego, CA, July 7-12, 1997.

"Magnetic Resonance Imaging of Patients with Post-Traumatic Olfactory Deficits," Presentation with D.M. Yousem & R.J. Geckle, Association for Chemoreception Sciences/ISOT XII, San Diego, CA, July 7-12, 1997.

"Multiple Sclerosis: Influence of CNS Lesions on Odor Identification Ability, "Presentation with C. Li, L.J. Mannon & D.M. Yousem, Association for Chemoreception Sciences/ISOT XII, San Diego, CA, July 7-12, 1997.

"Normative Data, Verification of Olfactory Bulb and Tract and Temporal Lobe Volumes," Presentation with R.J. Geckle & D.M. Yousem, Association for Chemoreception Sciences/ISOT XII, San Diego, CA, July 7-12, 1997.

"The Culture of Human Odor." Science and Society Seminar. Guest Speaker. New York University, New York City, November 21, 1997.

"The Influential World of Chemical Signals," Companion Animal Behaviour Therapy Study Group, Featured Speaker, The Council House, Victoria Square, Birmingham, Great Britain, April 1, 1998.

"Adverse influence of dexamethasone on anterograde labeling of primary afferents in the olfactory bulb of 3-methylindole-injected rats. Presentation with I.L. Kratskin & Y. Kimura. 20th Annual Meeting of the Association for Chemoreception Sciences, Sarasota, Florida, April 23, 1998.

"Cytoplasmic shrinkage of Purkinje cells in cerebella of patients with schizophrenia." Presentation with G.S. Smutzer & K.D. Tran. 20th Annual Meeting of the Association for Chemoreception Sciences, Sarasota, Florida, April 23, 1998.

"Do men and women respond differently to repeated olfactory or intranasal trigeminal stimuli?" Presentation with T. Hummel, A. Soiffer & O. Opatz. 20th Annual Meeting of the Association for Chemoreception Sciences, Sarasota, Florida, April 24, 1998.

"Trigeminal impact of odorants assessed with lateralized stimulation." Presentation with J. Berg, T. Hummel & G. Huang. 20th Annual Meeting of the Association for Chemoreception Sciences, Sarasota, Florida, April 24, 1998.

"Autobiographical memory in patients with right hemisphere damage: Olfactory and verbal probes." Presentation with P.J. Moberg, R.N. Mahr, S.E. Arnold & H. Riordan. 20th Annual Meeting of the Association for Chemoreception Sciences, Sarasota, Florida, April 25, 1998.

"17β-estradiol Mitigates Olfactory Dysfunction induced by 3-Methylindole. Presentation with H-J. Dhong. 20th Annual Meeting of the Association for Chemoreception Sciences, Sarasota, Florida, April 24, 1998.

"The Sense of Smell in Health and Disease." Guest Speaker at Frontiers in

Otolaryngology -- Head and Neck Surgery. The Garnett Passe and Rodney Williams Memorial Foundation. Sydney, Australia, July 11-12, 1998.

"Clinical Studies of Olfaction." Invited Speaker, School of Biomolecular and Biomedical Science, Griffith University, Brisbane, Australia, July 13, 1998.

"Studies of Olfaction in Neurodegenerative Diseases." Invited Speaker, Grand Rounds, Department of Neurology, Mt. Sinai Medical Center, New York City, October 12, 1998.

"Olfactory Assessment in Neuropsychology: Review and Methodological Considerations. Invited Presentation, National Academy of Neuropsychology, Washington, DC, November 6, 1998.

"Human Olfaction." Invited Presentation, Symposium on Contemporary Issues in Olfaction, Indian Academy of Sciences & National Centre for Biological Sciences, Tata Institute of Fundamental Research, Bangalore, India, November 29 - December 2, 1998.

"Olfaction." Invited Presentation, The Health Impact of Chemical Exposures during the Gulf War: A Research Planning Conference. Centers for Disease Control and Prevention. Atlanta, GA: February 28-March 2, 1999.

"Monorhinal Odor Identification and Detection Thresholds in Patients with Seasonal Affective Disorder." Presentation with T.T. Postolache et al. Association for Chemoreception Sciences, Sarasota, FL: April 17, 1999.

"Effects of Methimazole on a Complex Odor Discrimination Task." Presentation with Lloyd Hastings. Association for Chemoreception Sciences, Sarasota, FL: April 18, 1999.

"Theoretical and Methodological Advances in Olfactory Research in the 80's and 90's. Challenges of the New Millennium. Keynote Speaker. Nordic Conference on Olfaction and Gustation. Gothenburg, Sweden, March 6-7, 2000.

"Sense of Smell". Invited Presentation at "The Evaluation of Drug Interventions in Rhinitis Symposium," Elbow Beach Hotel, Bermuda: March 23-26, 2000.

"Olfactory Psychophysics." Invited Speaker, "Chemistry of Taste Symposium," American Chemical Society, San Francisco, CA: March 26-31, 2000.

"Development of the Smell Threshold Test™ (STT): A Commercially-available Test of Odor Detection Threshold Sensitivity." Presentation. Association for Chemoreception Sciences, Sarasota, FL: April 29, 2000.

"Electrical Responses to Vanillin and Carbon Dioxide in Nasal Mucosa of Rats Injected with 3-methylindole." Presentation with Igor Kratskin. Association for Chemoreception Sciences, Sarasota, FL: April 29, 2000.

"Influences of Sex, Age, Smoking History, and Selected Diseases on a Standardized Test

of Regional Taste Function. Presentation with T. Connelly. Association for Chemoreception Sciences, Sarasota, FL: April 28, 2000.

"Clinical Aspects of Olfaction and Gustation." Grand Rounds. Bergen County Medical Center. Parmus, NJ: May 23, 2000.

"Olfaction and its Dysfunction," Grand Rounds. Department of Otolaryngology. Mt.Sinai Medical Center, New York, NY: August 9, 2000.

"Quantitative Measurement of Olfaction," Invited presentation, The Nose 2000 ... and beyond. 9th Congress, American Rhinologic Society, Mayo Clinic, Washington, D.C. September 22, 2000.

"Olfactory Testing," Invited presentation, American Academy of Neuropsychology Annual Meeting, Orlando, FL: November 15-18, 2000.

"Practical Methods to Assess Sensory Irritation, Invited Speaker in workshop entitled "Evaluating Odorants and Sensory Irritants in the Workplace: Tools, Techniques and Standards", Society of Toxicology Annual Meeting, San Francisco, CA, March 27, 2001.

"Impairment of Odor Hedonics in Male Patients with Schizophrenia," Presentation with P. Moberg, B.I. Turetsky, et al. Association for Chemoreception Sciences, Sarasota, FL: April 26, 2001.

"Evidence for Left-Right Differences in Odor Discrimination, but not in Short-Term Odor Memory," Presentation with A.K. Haum, S. Mehra et al. Association for Chemoreception Sciences, Sarasota, FL: April 26, 2001.

"Smell of Marijuana as Probable Cause," Presentation with D. Marshall and L. Hastings. Association for Chemoreception Sciences, Sarasota, FL: April 26, 2001.

"NaCl Thresholds: Relationship to Anterior Tongue Locus, Area of Stimulation, and Number of Fungiform Papillae," Presentation with R. Bagla, M. Morgenson, et al. Association for Chemoreception Sciences, Sarasota, FL: April 27, 2001.

"PTC Tasters Outperform PTC Non-Tasters on a Test of Regional (CN VII and CN X) Taste Identification," Presentation with T. Connelly, L. Hastings, et al, Association for Chemoreception Sciences, Sarasota, FL: April 27, 2001.

"Olfactory Function Correlates with Dopamine Transporter Uptake within the Basal Ganglia in Parkinson's Disease and Multiple System Atrophy," Presentation with C. Li, D.P. Mozley et al., Association for Chemoreception Sciences, Sarasota, FL: April 29, 2001.

"Studies of Olfactory Function in Parkinson's Patients Receiving Electrotherapy for Control of Extrapyramidal Symptoms," Presentation with D. Deems, P. Kaplan et al., Association for Chemoreception Sciences, Sarasota, FL: April 29, 2001.

"Clinical Studies of Olfactory Dysfunction," Invited presentation, Geriatric Psychiatry Lecture Series, Columbia University, New York State Psychiatric Institute, New York City, January 8, 2002.

"Olfaction and Taste," Presentation with T. Connelly, D.R. Lynch, et al, Center for Smell and Taste, University of Florida, Gainesville, FL, January 24, 2002.

"Olfactory Dysfunction in Degenerative Ataxias," Presentation with T. Connelly, D.R. Lynch, et al, Association for Chemoreception Sciences, Sarasota, FL, April 24, 2002.

"Evidence for Left:right Differences in Odor Discrimination, but not in Short-term Odor Memory," Presentation with A.K. Halm, Association for Chemoreception Sciences, Sarasota, FL, April 24, 2002.

"Electrogustometric Thresholds: Relationship to Anterior Tongue Locus, Area of Stimulation, and Number of Fungiform Papillae, " Presentation with S.L. Miller and N. Mirza, Association for Chemoreception Sciences, Sarasota, FL, April 25, 2002.

"Understanding Olfaction from a Basic and Clinical Perspective," Invited presentation, Olfaction Conference -- Aromachology: The Scientific Study of the Sense of Smell. Nassau Community College, Garden City, NY, May 9, 2002.

"Olfactory Dysfunction in Psychiatry and Neurology," Invited presentation, American Psychiatric Association, Philadelphia, PA, May 21, 2002.

"Methods for Rapid and Accurate Quantitative Assessment of Olfactory Function," Invited presentation, International Symposium and Exhibition on Natural Gas Technologies Conference. Orlando, FL: September 30, 2002.

"Olfaction in Neurodegenerative Diseases," Invited presentation, The Australasian Association for ChemoSensory Science (AACSS), Heron Island, Queensland, Australia, December 11, 2002.

"Olfactory Dysfunction in Neurodegenerative Disorders," Invited presentation, Neuroscience Seminar Series, Milton S. Hershey Medical Center, Hershey, PA, January 16, 2003

"Meta-Analysis of Olfactory Dysfunction in Alzheimer's, Parkinson's and Huntington's Diseases. Invited presentation with P.J. Moberg, K. Balderston, D.R. Roalf, B. I. Turetsky, J.E. Duda & M. B. Stern. 31st Annual International Neuropsychological Society Conference, Honolulu, Hawaii, February 5-8, 2003.

"The Forgotten Cranial Nerve: Studies of Olfactory Function in Neuropsychology." Invited presentation with P.J. Moberg, D. Karen, L. Harper Mozley & S.J. Kanes. 31st Annual International Neuropsychological Society Conference, Honolulu, Hawaii, February 5-8, 2003.

"Olfactory Anatomy and Psychophysical Techniques." Invited presentation. 31st Annual International Neuropsychological Society Conference, Honolulu, Hawaii, February 5-8, 2003.

"Aging and Changes in Cortical Processing of Olfactory Perception." Invited presentation with D. Kareken, D. Mosnik and G. Hutchins, 31st Annual International Neuropsychological Society Conference, Honolulu, Hawaii, February 5-8, 2003.

"Scent of a Disorder: Olfactory Function in Schizophrenia." Invited presentation with P. J. Moberg, B. I. Turetsky, S. E. Arnold, and R. E. Gur, 31st Annual International Neuropsychological Society Conference, Honolulu, Hawaii, February 5-8, 2003.

"Disorders of Smell and Taste: Evaluation and Treatment Strategies." Invited presentation, The Penn International Rhinology Course, Advances in Management of Sino-nasal Disease, Ritz Carlton Hotel, Philadelphia, Pennsylvania, March 14, 2003.

"Smell and Taste," Invited presentation, Section on Biological Rhythms, National Institute of Mental Health, Bethesda, MD, March 19, 2003.

"The Sense of Smell," Invited Keynote Speaker, National Museum of Health and Medicine, Sense of Smell Day, Washington, DC, March 29, 2003.

"Olfactory Assessment of Cuban American Adults using the University of Pennsylvania Smell Identification Test," Presentation with D.J. Lee, B.L. Lam, O. Gomez-Marin and D. Jane. Association for Chemoreception Sciences, Sarasota, FL, April 11, 2003.

"Odor-induced fMRI Brain Activation in the Healthy Elderly and AD Patients," Presentation with M. Tabert, M. Albers, E. Zarahn, D. Zimora, T. Lorig, D. Small, and D. Devanand. Association for Chemoreception Sciences, Sarasota, FL, April 11, 2003.

"Development of a Precision Olfactometer," Presentation with L. Hastings. Association for Chemoreception Sciences, Sarasota, FL, April 12, 2003.

"Influences of Ethanol Ingestion on Olfactory Function: Specific to Ethanol Odor," Poster presentation with S.J. Patel and A. Bollhoefer, Association for Chemoreception Sciences, Sarasota, FL, April 12, 2003.

"Taste and Smell Disorders," Invited presentation, Big Sky Medical Conference, Interhospital CME Program, Billings, Montana, March 13, 2004.

"Taste and Smell in Alzheimer's Disease," Invited presentation, Creighton University School of Medicine, Omaha, Nebraska, April 2, 2004.

"Influences of age and sex on a microencapsulated odor memory test." Presentation with E. Choudhury and P. Moberg. Association for Chemoreception Sciences, Sarasota, FL, April 22, 2004.

"Olfaction and neurodegenerative disorders." Invited symposium, Association for Chemoreception Sciences, Sarasota, FL, April 23, 2004.

"Olfactory dysfunction in multiple sclerosis. Invited presentation. Association for Chemoreception Sciences, Sarasota, FL, April 23, 2004.

"Olfactory dysfunction in degenerative ataxias." Presentation with T. Connelly, J.M. Farmer, D.R. Lynch, and I.A. Tourbier. Association for Chemoreception Sciences, Sarasota, FL, April 24, 2004.

"Estrogen replacement therapy: Does it affet smell function in post-menopausal women. Presentation with J.K. Neff and C. Knipe. Association for Chemoreception Sciences, Sarasota, FL, April 24, 2004.

"Olfactory dysfunction occurs in transgenic mice overexpressing human tau protein. Presentation with J. Macknin, K. Kerr, M. Higuchi, V. Lee and J. Trojanowski. Association for Chemoreception Sciences, Sarasota, FL, April 25, 2004.

"Influences of antihypertensive and antihyperlipidemic drugs on the senses of taste and smell: An overview. Presentation with K.L. Kerr, S. Philip and K. Reddy. Association for Chemoreception Sciences, Sarasota, FL, April 25, 2004.

"Measurement of olfaction," Invited presentation, American Academy of Neurology, San Francisco, CA, April 29, 2004.

"Quantitative clinical olfactory testing," Invited presentation, 14th International Symposium on Olfaction and Taste (ISOT 2004), Kyoto, Japan, July 9, 2004.

"Clinical studies of olfaction and taste," Invited Presentation, Kanazawa University, Kanazawa, Japan, July 13, 2004.

"Psychological and medical measures of chemical irritation and annoyance in working and living environments," Invited presentation, DFG Workshop on Evaluation of Chemosensory Effects due to Occupational Exposures," Cologne, Germany, November 15, 2004.

**Local Lectures by Invitation (1995-2004 only):**

"Olfaction: Clinical Studies", John Morgan Society, University of Pennsylvania, March 29, 1995.

"Olfaction: Anatomy, Physiology, and Pathophysiology", Grand Rounds, Department of Neurology, Pennsylvania Hospital, Philadelphia, PA, September 7, 1995.

"Olfactory Testing", Resident Lecture Series, Department of Otorhinolaryngology: Head and Neck Surgery, University of Pennsylvania, October 5, 1995.

"Olfaction and Neurodegenerative Disorders", Seminar Series, Mahoney Institute of Neurological Sciences, University of Pennsylvania, Philadelphia, PA, October 19, 1995.

"Olfaction." Invited Presentation, Department of Medicine: Section on Allergy and Immunology,    University of Pennsylvania Medical Center, May 3, 1996.

"Alzheimer's Disease and Loss of Smell. Research Initiatives at the University of Pennsylvania Medical Center," Invited Presentation, Health Care Center of Cherry Hill, N.J., June 11, 1996.

"Alzheimer's Disease and Loss of Smell. Research Initiatives at the University of Pennsylvania Medical Center," Invited Presentation, Leader Nursing and Rehabilitation Center, Wilmington, Delaware, June 18, 1996.

"Clinical Aspects of Smell and Taste." Grand Rounds. Department of Gastroenterology. University of Pennsylvania Medical Center, Philadelphia, March 6, 1998.

"Olfaction and Neurological Diseases." Grand Rounds. Department of Neurology, University of Pennsylvania Medical Center, Philadelphia, March 12, 1998.

"17ß-estradiol Mitigates Olfactory Dysfunction induced by 3-Methylindole. Invited Presentation. 1998 Conference on Aging, Ralston House Wellness Center, Philadelphia, May 13, 1998.

"Olfaction and Gustation." Grand Rounds. Department of Otorhinolaryngology: Head and Neck Surgery, University of Pennsylvania Medical Center, Philadelphia, September 21, 1998.

"Practicum on Olfactory Testing." Summer Lecture Series, Department of Otorhinolaryngology: Head and Neck Surgery, University of Pennsylvania Medical Center, Philadelphia, October 8, 1998.

"Clinical Studies of Olfaction." Grand Rounds. Department of Psychiatry, University of Pennsylvania Medical Center, Philadelphia, October 21, 1998.

"Olfaction." Grand Rounds. Department of Otorhinolaryngology: Head and Neck Surgery, University of Pennsylvania Medical Center, Philadelphia, April 8, 1999.

"Olfaction." PGY-2 Grand Rounds. Department of Otorhinolaryngology: Head and Neck Surgery, University of Pennsylvania Medical Center, Philadelphia, August 1, 2000.

"Clinical Aspects of Smell and Taste." Invited seminar presentation. Monell Chemical Senses Center, Philadelphia, Pennsylvania, February 26, 2002.

"Testing the Sense of Smell." Invited lecture, Department of Psychiatry, University of Pennsylvania Medical Center, Philadelphia, September 13, 2002

"Olfaction." PGY-2 Grand Rounds. Department of Otorhinolaryngology: Head and Neck Surgery, University of Pennsylvania Medical Center, Philadelphia, October 20, 2002.

"Olfaction in Neurological Diseases," Invited Presentation, College of Physicians, Section on Neurology, Philadelphia, November 19, 2002.

"Olfaction and Taste," Invited lecture, School of Dental Medicine, University of Pennsylvania, Philadelphia, April 28, 2003.

"Disorders of Taste and Smell: Clinical Case Studies," Invited lecture, The Penn International Rhinology Course: Advances in Management of Sino-nasal Disease, Philadelphia, PA, March 12 & 13, 2004.

"Clinical Aspects of Taste and Smell," Invited lecture, School of Dental Medicine, Philadelphia, PA, May 3, 2004.