UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) Criminal No. 05-0373 (PLF) |
| ERIC RAY JONES, | ) ) ) |
| Defendant. | ) ) ) |

ORDER

This matter came on for an evidentiary hearing on the defendant's motion to suppress physical evidence and statements. After hearing the testimony of five police officers and the defendant's expert witness and considering the written and oral arguments of counsel, and for the reasons stated in open court, it is hereby

ORDERED that the defendant's motion to suppress tangible evidence and statements is hereby DENIED; and it is

FURTHER ORDERED that this matter is set for a status conference on January 19, 2006 at 9:45 a.m.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 15, 2005