UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 26 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :
                                 :
v.                               :   CRIMINAL NO. 05-373 (PLF)
                                 :
ERIC RAY JONES,                  :
                                 :
       Defendant.                :
                                 :

## GOVERNMENT'S SUBMISSION TO THE COURT
## IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Eric Ray Jones, hereby submit the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES

The essential elements of the offenses of Unlawful Possession of a Firearm and Ammunition by a Convicted Felon and Unlawful Possession of Ammunition by a Convicted Felon, 18 U.S.C. Section 922(g)(1) are as follows:

1. The defendant knowingly possessed a firearm, that is a Ruger 9mm semi-automatic pistol and a Bryco 9 mm semi-automatic pistol, and/or ammunition, that is, 9 mm ammunition, 45 caliber ammunition, and AK47 ammunition;

2. The firearm and/or ammunition had been shipped or transported from one state to another;

3. At the time the defendant possessed the handgun and/or ammunition, the defendant had been convicted of a felony, that is, Possession with Intent to Distribute Cocaine, an offense punishable by imprisonment for a term exceeding one year.

## II. COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

## III. PENALTIES

Pursuant to 18 U.S.C. § 922 (g)(1) and § 924, each charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year and Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year carries the following penalties:

1. a term in prison of not more than 10 years;
2. a fine of not more than $250,000; and
3. a term of supervised release of not more than three years.

## IV. FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on May 13, 2005, at approximately 1:45 p.m., a light-blue Dodge mini-van that defendant was renting from Enterprise Rental Car Company was parked in front of 2220 Bryan Place, Southeast, Washington, D.C. Metropolitan Police Department officers searched defendant's mini-van. They located an unloaded Bryco 9 mm semi-automatic handgun in an unlocked drawer under the front passenger seat. Officers also found a back pack on the floorboard behind the driver's seat that contained 1) two ziplock bags with 308 grams of marijuana, 2) a Ruger 9 mm semi-automatic handgun that was loaded with three rounds of 9 mm ammunition, 3) three magazines, one

of which was loaded with eight rounds of 45 caliber ammunition, and 4) a gun case containing two additional magazines. The police also found defendant's driver's license, an Enterprise car rental agreement, $640, and a suitcase containing 25 rounds of AK47 ammunition. The officers then located defendant at 2220 Bryan Place, Southeast, in apartment 101. After being arrest, defendant spontaneously stated, "I know whose guns those are. JJ pulled the trigger and shot me in my back." While being transported to the police station, defendant also said, "A forty-five is what I used to shoot back at those dudes right out front of where I live at." At the police station, defendant waived his Miranda rights and admitted that the guns, ammunition and the drugs were his.

On October 19, 1995, defendant had been previously convicted of a felony in the District of Columbia, in Superior Court criminal case number F 6538-95. The guns and the ammunition that were recovered in this case were not manufactured in the District of Columbia, and they were shipped to the District of Columbia through interstate commerce.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

DENISE M. CLARK
Assistant United States Attorney
D.C. Bar No. 479149
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4840
Washington, D.C. 20530
202-353-8213

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this factual proffer and have discussed it with my attorney, Tony Axam, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 1/20/06                              _____
                                           ERIC RAY JONES
                                           Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 1/26/06                              _____
                                           TONY AXAM, ESQUIRE
                                           Attorney for Defendant

-4-