IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br> )<br>v. )<br> )   Criminal No. 05-373 (PLF)<br>ERIC JONES, )<br> )<br>    Defendant. )<br>_____) | |

## MOTION TO CONTINUE SENTENCING

Defendant, Eric Jones, through undersigned counsel, respectfully requests that the Court reschedule the sentencing currently scheduled for April 12, 2006 at 9:30 a.m.

In support of this motion, counsel for Mr. Jones submits the following:

1.   A colleague of counsel for Mr. Jones recently passed away and the funeral has been set for April 12, 2006 between 9:00 a.m. and 11:00 a.m.  Counsel would like to attend.

2.   Counsel attempted to contact counsel for the government, however, she is currently on leave and scheduled to return on the day of the sentencing.

Wherefore, Mr. Jones, respectfully requests that sentencing be rescheduled to a date convenient for the Court and opposing counsel.  Counsel for Mr. Jones is available on April 20 and 24, 2006 or any day the week of May 8, 2006 or any day the week of June 5, 2006.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500