IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>)<br>**v.** )<br>)<br>**ERIC JONES,** )<br>)<br>**Defendant.** )<br>_____) | **Criminal No. 05-373 (PLF)** |

**ORDER**

Upon consideration of defendant Eric Jones' motion to continue the sentencing, it is hereby

ORDERED that defendant Jones' Motion is granted; and it is further

ORDERED that the sentencing currently scheduled for April 12, 2006 at 9:30 a.m. is rescheduled for _____ 2006, at _____;

SO ORDERED this _____ day of _____, 2006.


_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies to:  Tony Axam, AFPD
            Denise Clark, AUSA
            Kelly Kraemer-Soares, USPO