### HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0373</u> |
| vs. | : | SSN: |
| Jones, Eric Ray | : | Disclosure Date: <u>March 7, 2006</u> |

**FILED**

MAY 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
Prosecuting Attorney                                Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.    See attached letter.

_Eric R. Jones_ 3/27/06    _____ 3/27/06
Defendant            Date        Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 21, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

On page 3, paragraph 1 of the PSI, it should read that the grand jury returned a five-count indictment against Eric Ray Jones

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 3/13/06

03/27/06 16:07 FAX 202 208 7515    Federal Public Defender → USPO PRESENTENCE    ☒002

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A.J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

March 27, 2006

Ms. Kelly Kraemer-Soares
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:   U.S. v. Eric Ray Jones 005-0373 (PLF)

Dear Ms. McCabe:

     The attached Receipt and Acknowledgment indicates that there is a material factual inaccuracy in the presentence report. Specifically, paragraph 21 indicates that Mr. Jones possessed the firearm and ammunition in this case with knowledge, intent or reason to believe they would be used in connection with another felony offense pursuant to U.S.S.G. §2K.2.1(b)(5). While it is correct that Mr. Jones was originally charged with possession of a firearm during a drug trafficking offense. He pleaded guilty to merely possessing the weapon. The facts of his guilty plea do not suggest that he intended to use the weapon with knowledge, intent, or belief that it would be used to traffic drugs. Rather, as he told the police upon his arrest. Mr. Jones acquired the firearm and ammunition for his protection after he was shot in a robbery attempt and not in furtherance of some other felony. Thus, the four point adjustment under U.S.S.G. §2K.2.1(b)(5) should not apply. His adjusted offense level would therefore be 20 and not 24. After subtracting three points for acceptance of responsibility, Mr. Jones faces a sentencing guideline range of 27 to 33 months.

     I also wish to correct one minor matters. On page 2, Mr. Jones age should reflect that he is now 33 years old.

     Thank you for the opportunity to respond to the PSI. Please feel free to call me if there are any details that we may to discuss.

Sincerely,

Tony Axam, Jr.
Assistant Federal Defender

cc:   Denise Clark, Esq.
       Assistant U.S. Attorney