UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-373 (PLF) |
| v. | Judge Paul L. Friedman |
| ERIC RAY JONES,<br>       Defendant. | Hearing Date: |

**GOVERNMENT'S MOTION TO REVOKE
DEFENDANT'S CONDITIONS OF RELEASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to immediately hold a hearing and revoke defendant's conditions of release pursuant to 18 U.S.C. § 3148 (b). In support of this motion, the government states the following:

On May 13, 2005, defendant was arrested and charged with Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1) as a result of his possessing two guns, an arsenal of ammunition, and over 300 grams of marijuana in a van he had rented. On October 16, 2005, defendant was arraigned on a five-count indictment, charging him with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922 (g)(1), Unlawful Possession with Intent to Distribute Cannabis, in violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(D), Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense in violation of 18 U.S.C. § 924(c)(1), and Threatening to Injure,

or Physically Damage, in violation of 22 U.S.C. § 407. On October 17, 2005, defendant was released on his personal recognizance and placed into the High Intensity Supervision Program. As a condition of his release, defendant was to "refrain from committing any criminal offense." On January 26, 2006, defendant pled guilty to Unlawful Possession of a Firearm and Ammunition and Unlawful Possession of Ammunition. On May 4, 2006, this Court sentenced defendant to 30 months of incarceration on each count to run concurrently followed by two years of supervised release. The Court also allowed defendant to surrender himself to a detention institution designated by the Bureau of Prisons and continue on the same conditions of release until the time of his self-surrender.

On May 19, 2006, fifteen days after being sentenced in this case, defendant was rearrested for Unlawful Possession of Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1). On May 19, 2006 at approximately 6 p.m., as Metropolitan Police Department officers were stopped at a traffic light, they saw defendant outside of 2427 15th Place, Southeast. Defendant, who was in a shooting stance, had his arms extended in front of him and was apparently aiming a gun he held in his outstretched hands. When Defendant saw the officers, Defendant walked around the corner, only to return a short time later without the gun. Officers later found the gun.

On May 22, 2006, defendant was presented before Magistrate Judge Alan Kay on a charge of Unlawful Possession of a Firearm in case number, 06-237(m). Defendant is currently being detained and will return to court for a preliminary hearing on May 31, 2006.

Defendant's actions on May 19, 2006 were in violation of his conditions of release. Wherefore, the government respectfully requests that a hearing be scheduled immediately in this matter and that the Court revoke defendant's conditions of release and order him held until he is placed in an institution designated by the Bureau of Prisons.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

Denise M. Clark
Assistant United States Attorney
Major Crimes Section, D.C.  Bar No. 479149
555 4th Street, N.W.  #4840
Washington, DC 20004
(202)353-8213; Fax: 353-9414

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served on the attorney for the defendant, Tony Axam, this _____ day of May, 2006.

Denise M. Clark
Assistant United States Attorney