UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-373 (PLF) |
| | : | |
| v | : | **FILED** |
| | : | |
| ERIC RAY JONES | : | JUN 0 2 2006 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | ORDER | U.S. DISTRICT COURT |

WHEREUPON, having considered Government's Motion to Revoke Defendant's Conditions of Release, the Defendant's Opposition thereto, and the record herein, it is this ____ day of _____, 2006, hereby

ORDERED, that the Government's Motion is hereby GRANTED

Date:_____

_____
Paul L. Friedman
United States District Judge

U S Magistrate Judge

cc:

Denise M. Clark
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Tony Axam
Federal Public Defender's Office
625 Indiana Avenue, NW
Washington, D.C. 20004